# EXHIBIT 1

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547475642

## Service of Process Transmittal Summary

**TO:** Odette Orenski, Senior Risk Data Analyst
RISK INTERNATIONAL SERVICES, INC.
4055 Embassy Pkwy Ste 100
Fairlawn, OH 44333-1781

**RE:** **Process Served in Illinois**

**FOR:** Hamilton Sundstrand Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased // To: Hamilton Sundstrand Corporation |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Notice, Routine Motion, Order, Attachment(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Law Division, IL<br>Case # 2024L010541 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/04/2024 at 17:50 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, not counting the day of service<br>(Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Lawrence Weisler<br>COONEY & CONWAY<br>120 N. LaSalle St., Suite 3000<br>Chicago, IL 60602<br>312-236-6166 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/04/2024, Expected Purge Date: 10/09/2024<br><br>Image SOP<br><br>Email Notification, Odette Orenski oorenski@riskinternational.com<br><br>Email Notification, Teresa Hooser thooser@riskinternational.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | The document(s) received have been modified to reflect the name of the entity being served. |

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547475642

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 4, 2024
**Server Name:** Nicholas Currie

| | |
|---|---|
| Entity Served | HAMILTON SUNDSTRAND CORPORATION |
| Case Number | 2024L010541 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: <<CmsHearingStart>>

LRW/lt

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO.: 2024L010541<br><br>PLEASE SERVE<br>See Attached Service Information<br>Hamilton Sundstrand Corporation |

**SUMMONS**

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

9/23/2024 3:57 PM IRIS Y. MARTINEZ

Witness this Date: ______________________
Clerk of Court

CIRCUIT COURT • COOK COUNTY • ILLINOIS

Date of Service: ______________________
(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ABB, Inc., as Successor-In-Interest to ITE Electrical** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ADVANCED COMPOSITES, INC.** | Randall J. Philpot<br>2575 South 3270 West<br>Salt Lake City, UT 84119 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **AIRBUS AMERICAS, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **AIRBUS DEFENSE AND SPACE, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **ALLISON TRANSMISSION, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **ARMSTRONG INTERNATIONAL, INC.** | ARMSTRONG INTERNATIONAL, INC.<br>900 Maple Street<br>Three Rivers, MI 49093 |
| **AURORA PUMP COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BASF CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **BORGWARNER MORSE TEC, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BORGWARNER, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **CARLISLE INDUSTRIAL BRAKE & FRICTION INC.** | Corporation Service Company<br>251 Little Falls Road<br>Wilmington, DE 19808 |
| **CARRIER CORPORATION, a Delaware Corporation** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |
| **CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **CFM INTERNATIONAL, INC.** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **COPES-VULCAN, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **CURTISS-WRIGHT CORPORATION** | C T Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **DANA COMPANIES, LLC** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 |
| **DAP, INC.** | The Prentice Hall Corporation, Inc.<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 |
| **DEZURIK, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| **FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |
| **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FOSTER WHEELER ENERGY CORPORATION** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **GARDNER DENVER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENUINE PARTS CO.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Colombus, OH 43219 |
| **GOULDS PUMPS, INC.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GREENE, TWEED & CO.** | GREENE, TWEED & CO.<br>201 South Tryon Street, Suite 5850<br>Charlotte, NC 28202 |
| **GRINNELL, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| H.B. FULLER COMPANY (BENJAMIN FOSTER CO.) | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| H.M. ROYAL, INC. | Corporation Service Company<br>508 Meeting Street<br>West Columbia, SC 29169 |
| HAMILTON SUNDSTRAND CORPORATION | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| HARCO LLC | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC. | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC. | C T Corporation System<br>818 W. 7th Street, Suite930<br>Los Angeles, CA 90017 |
| HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC. | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **HENKEL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HEXCEL CORPORATION** | Corporation Service Company<br>50 Weston Street<br>Hartford, CT 06120 |
| **HOWDEN BUFFALO, INC.** | CT Corporation System<br>2 Office Park Court #103<br>Columbia, SC 29223 |
| **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, 17th Floor, Suite 814<br>Chicago, IL 60604 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **KELSEY-HAYES COMPANY** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **LOCKHEED MARTIN CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY<br>652 Oliver Street<br>Williamsport, PA 17701 |
| **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **McMASTER-CARR SUPPLY COMPANY** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **METROPOLITAN LIFE INSURANCE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MOONEY INTERNATIONAL CORP.** | VCORP Services, LLC<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| **MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **NORTHROP GRUMMAN SYSTEMS CORPORATION** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **PARKER-HANNIFIN CORPORATION** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY** | Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| **PIPER AIRCRAFT, INC.** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |
| **PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ROGERS CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SAFRAN USA, INC.** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **SAFRAN USA, INC., f/k/a SNECMA** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SEMCO INSTRUMENTS, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **SPENCE ENGINEERING COMPANY, INC.** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **SPIRAX SARCO, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **TACO, INC.** | Corporation Service Company<br>225 Asylum Street. 20th Floor<br>Hartford, CT 06103 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **TEXTRON AVIATION, INC.** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY** | C T Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **THE BOEING COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE GOODYEAR TIRE AND RUBBER COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |
| **THE WILLIAM POWELL COMPANY** | D R Cowart<br>2503 Spring Grove Avenue<br>Cincinnati, OH 45214 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UTC AEROSPACE SYSTEMS** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

Docusign Envelope ID: 9F2586EA-27A2-4E88-BB84-46FA01D13E10

aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: <<CmsHearingStart>>

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

LRW/lt

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IN RE: ASBESTOS LITIGATION

NO:

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY;
ABB, Inc., as Successor-In-Interest to ITE Electrical;
ADVANCED COMPOSITES, INC.;
AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.;
AIRBUS AMERICAS, INC.;
AIRBUS DEFENSE AND SPACE, INC.;
ALLISON TRANSMISSION, INC.;
ARMSTRONG INTERNATIONAL, INC.;
AURORA PUMP COMPANY;
AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
BASF CORPORATION;
BORGWARNER MORSE TEC, LLC;
BORGWARNER, INC.;
BW/IP Inc.;
CARLISLE INDUSTRIAL BRAKE & FRICTION INC.;
CARRIER CORPORATION, a Delaware Corporation;
CESSNA AIRCRAFT COMPANY;
CFM INTERNATIONAL, INC.;
COPES-VULCAN, INC.;
CRANE COMPANY;
CURTISS-WRIGHT CORPORATION;
DANA COMPANIES, LLC;
DAP, INC.;
DEZURIK, INC.;
EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION;
EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.;

ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL;
FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION;
FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL;
GOULDS PUMPS, INC.;
GREENE, TWEED & CO.;
GRINNELL, LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
H.M. ROYAL, INC.;
HAMILTON SUNDSTRAND CORPORATION;
HARCO LLC;
HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.;
HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HENKEL CORPORATION;
HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION;
HENRY PRATT COMPANY;
HEXCEL CORPORATION;
HOWDEN BUFFALO, INC.;
ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.;

IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins;
ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC;
KELSEY-HAYES COMPANY;
LOCKHEED MARTIN CORPORATION;
LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY;
McMASTER-CARR SUPPLY COMPANY;
METROPOLITAN LIFE INSURANCE COMPANY;
MOONEY INTERNATIONAL CORP.;
MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC;
MUELLER CO., LTD.;
NORTHROP GRUMMAN SYSTEMS CORPORATION;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION);
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
PARKER-HANNIFIN CORPORATION;
PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY;
PIPER AIRCRAFT, INC.;
PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION;
REDCO CORPORATION, f/k/a CRANE COMPANY;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY;
ROGERS CORPORATION;
SAFRAN USA, INC.;
SAFRAN USA, INC., f/k/a SNECMA;
SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.;
SEMCO INSTRUMENTS, INC.;
SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.;

SPENCE ENGINEERING COMPANY, INC.;
SPIRAX SARCO, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
TACO, INC.;
TEXTRON AVIATION, INC.;
TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY;
TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY;
THE BOEING COMPANY;
THE GOODYEAR TIRE AND RUBBER COMPANY;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY;
THE WILLIAM POWELL COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY;
UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION;
UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION;
UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION;
UTC AEROSPACE SYSTEMS;
WARREN PUMPS, LLC;
YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION;
ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.;

Defendants.

COMPLAINT AT LAW

COUNT 1 – WRONGFUL DEATH

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent, CARL M. WERDA, was employed from 1987 to 2018 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: ABB, Inc., as Successor-In-Interest to ITE Electrical; ADVANCED COMPOSITES, INC.; AIRBUS AMERICAS, INC.; AIRBUS DEFENSE AND SPACE, INC.; ALLISON TRANSMISSION, INC.; ARMSTRONG INTERNATIONAL, INC.; AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; BASF CORPORATION; BORGWARNER MORSE TEC, LLC; BORGWARNER, INC.; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CESSNA AIRCRAFT COMPANY; CFM INTERNATIONAL, INC.; CURTISS-WRIGHT CORPORATION; DANA COMPANIES, LLC; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; EATON CORPORATION, Individually and as

Successor-in-Interest to CUTLER HAMMER, INC.; ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FMC CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS CO.; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; H.M. ROYAL, INC.; HAMILTON SUNDSTRAND CORPORATION; HARCO LLC; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; KELSEY-HAYES COMPANY; LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; MOONEY INTERNATIONAL CORP.; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC; NORTHROP GRUMMAN SYSTEMS CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PARKER-HANNIFIN CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; SCHNEIDER ELECTRIC USA, INC.,

formerly known as SQUARE D COMPANY, INC.; SEMCO INSTRUMENTS, INC.; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UTC AEROSPACE SYSTEMS; ("Defendants"). (See Exhibit "A" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as CARL M. WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA might be exposed while working with the products;

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise

absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2 – SURVIVAL ACTION

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 1 as paragraphs 4-11 of Count 2, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

(Exposure While Serving in the U.S. Marines)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |

KATHRYN WERDA - Daughter

4. The Plaintiff's Decedent, CARL M. WERDA, served in the United States Marines from 1987 to 1995 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his service, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; DANA COMPANIES, LLC; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; PARKER-HANNIFIN CORPORATION; THE GOODYEAR TIRE AND RUBBER COMPANY; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; ABB, Inc., as Successor-In-Interest to ITE Electrical; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; ROGERS CORPORATION; H.M. ROYAL, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; MOONEY INTERNATIONAL CORP.; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; CESSNA AIRCRAFT COMPANY; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; CFM INTERNATIONAL, INC.; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; ALLISON TRANSMISSION, INC.; UNITED

TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; HAMILTON SUNDSTRAND CORPORATION; UTC AEROSPACE SYSTEMS; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; SEMCO INSTRUMENTS, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCO LLC; ADVANCED COMPOSITES, INC.; BASF CORPORATION; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; ("Defendants"). (See Exhibit "B" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(c) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12. Plaintiff adopts and re-alleges paragraphs 1-12 of Count 3 as paragraphs 1-12 of Count 4 as though fully set forth herein.

13. JILL S. WERDA is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased.

14. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 5 - WRONGFUL DEATH

(Secondary Exposure)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent was exposed to asbestos through his Father, ADAM WERDA, from 1966 to 1980 while they was employed in various capacities, including Repairman/Maintenance, at various locations.

5. The Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers that the Decedent's Father, ADAM WERDA, was exposed to and carried home on their clothing large amounts of asbestos fibers emanating from certain products they was working with and around that were manufactured, sold, marketed, distributed or installed by the Defendants: A.W. CHESTERTON COMPANY; ABB, Inc., as Successor-In-Interest to ITE Electrical; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CARRIER CORPORATION, a Delaware Corporation; COPES-VULCAN, INC.; CRANE COMPANY; DANA COMPANIES, LLC; DAP, INC.; DEZURIK, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP.,

Individually and as Successor-in-Interest to DURCO PUMPS; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; GOULDS PUMPS, INC.; GREENE, TWEED & CO.; GRINNELL, LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); H.M. ROYAL, INC.; HENRY PRATT COMPANY; HOWDEN BUFFALO, INC.; IMO INDUSTRIES, INC.; ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; McMASTER-CARR SUPPLY COMPANY; MUELLER CO., LTD.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; REDCO CORPORATION, f/k/a CRANE COMPANY; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; STERLING FLUID SYSTEMS (USA), LLC.; TACO, INC.; THE GOODYEAR TIRE AND RUBBER COMPANY; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; THE WILLIAM POWELL COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION; ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.; ("Defendants"). (See Exhibit "C" attached hereto)

6. At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA and ADAM WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as CARL M. WERDA and ADAM WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA and ADAM WERDA might be exposed while working with the products.

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 6 - SURVIVAL ACT

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 5 as paragraphs 4-11 of Count 6, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 7

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1. CARL M. WERDA contracted Mesothelioma as a result of his exposure to asbestos.

2. Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3. Before the Decedent's Father, ADAM WERDA, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death. The Plaintiff's Decedent, CARL M. WERDA, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4. Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5. Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

7. Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

8. CARL M. WERDA was exposed to asbestos, including asbestos from one or more of the Conspirators.

9. Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

10. The Mesothelioma from which CARL M. WERDA suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

11. Before CARL M. WERDA's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

12. Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

13. Before and during his exposure to asbestos, CARL M. WERDA, was unaware that exposure to asbestos caused serious disease and death.

14. The knowledge of the Conspirators included the following:

(a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

15. Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

16. Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

17. Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to

leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

18. Conspirators knowingly conspired and agreed among themselves to, among others:

(a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

(b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19. One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a) sold asbestos products which were used at locations within the state of Illinois, where CARL M. WERDA, ADAM WERDA worked without warning of the hazards known to the seller;

(b) refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c) edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of CARL M. WERDA.

21. CARL M. WERDA died on April 8, 2024.

22. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

23. CARL M. WERDA was a person of value.

24. As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

25. JILL S. WERDA brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

COUNT 8

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-25. Plaintiff repeats and re-alleges paragraphs 1-25 of Count 7 as paragraphs 1-25 of Count 8 as though fully set forth herein.

26. CARL M. WERDA was ill from Mesothelioma for a period before his death.

27. Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to February 15, 2024.

28. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________
F4A4404B45254BB...
Attorneys for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
lweisler@cooneyconway.com

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "A"**
Personal Exposure of the Plaintiff's Decedent,
**CARL M. WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Western Michigan University, Kalamazoo, Michigan | 1990-1993 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and.Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kalitta Airlines, Oscoda, Michigan<br><br>Cessna Citation Service Center, Toledo, Ohio | 1994-1995<br><br>1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Northwest Airlines<br>• Hartsfield-Jackson Atlanta International Airport, Atlanta<br>• Detroit Metropolitan Wayne Country Airport, Wayne, Michigan<br><br>USA Jet Airlines, Ypsilanti, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 1995-2003<br><br><br><br><br><br>2004 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Jet Care, Wayne, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 2004-2005 | Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials |
| Federal Express (a/k/a FedEx)<br>• O'Hare International Airport, Chicago, Illinois<br>• Memphis International Airport, Memphis, Tennessee<br>• Ted Stevens Anchorage International Airport, Anchorage, Alaska<br>• Eppley Airfield, Omaha, Nebraska | 2006-2018 | **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS** |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. **HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials **LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products **MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members', and Friends' Vehicles | 1984-1995 | **BORGWARNER MORSE TEC, LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**BORGWARNER, INC.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**KELSEY-HAYES COMPANY:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "B"**
Personal Exposure of the Plaintiff's Decedent while in the U.S. Marines
**CARL WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Michigan National Guard<br>• Fort Dix, New Jersey<br>• Grand Ledge Armory, Michigan<br>• Joint Base Langley-Fort Eustis, Virginia | 1987-1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "C"**
Secondary Exposure through the Decedent's Father,
**ADAM WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Huron Portland Cement, Alpena, Michigan | 1966-1980 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**METROPOLITAN LIFE INSURANCE COMPANY:**<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TACO, INC.:** Asbestos Containing Tanks, Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION:** York Cooling Towers, Compressors, Chillers, Asbestos Containing Block, Pipe Covering, Cement, Transite Board, Gaskets, Packing, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**NOTICE OF ROUTINE MOTION**

TO: See Attached Service List.

On **September 20, 2024,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, I shall electronically submit the attached: **Plaintiff's Routine Motion to Appoint Special Administrator** to the Honorable Judge Patrick J. Sherlock, via email address at asbestos@cookcountyil.gov

DocuSigned by:
By: ______ F4A4404B45254BB...
Attorney for Plaintiff

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, J1

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**ROUTINE MOTION TO APPOINT SPECIAL ADMINISTRATOR**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and moves this Honorable Court for an Order appointing JILL S. WERDA, pursuant to Section 2.1 of the Wrongful Death Act (740 ILCS 180/2.1) and the Survival Act of Illinois (755 ILCS/5/27-6), and in support thereof, states as follows:

1. The Plaintiff's Decedent, CARL M. WERDA, died on April 8, 2024.

2. The sole asset of CARL M. WERDA's estate is a cause of action.

3. No petition for letters of office has been filed for his estate.

4. JILL S. WERDA is qualified to serve as Special Administrator in the action under the laws of the State of Illinois.

5. At his death, CARL M. WERDA left the following heirs:

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

6. Pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of the CARL M. WERDA's heirs and/or legatees.

WHEREFORE, Plaintiff prays for the entry of an Order appointing JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased.

Respectfully Submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________
F4A4404B45254BB...

Attorney for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200
lweisler@cooneyconway.com

LRW/lt Firm I.D. No: 90200

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**ORDER**

THIS CAUSE coming on before the Court on a Motion to appoint Special Administrator of the Estate of CARL M. WERDA, Deceased, and it being represented that JILL S. WERDA is legally competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of CARL M. WERDA's heirs and/or legatees;

IT IS HEREBY ORDERED that JILL S. WERDA is appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, for the purpose of prosecuting this cause of action, pursuant to Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

ENTER: ______________________

Judge Patrick J. Sherlock
SEP 20 2024
Circuit Court - 1942

JUDGE ______________________

COONEY AND CONWAY
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476145

## Service of Process Transmittal Summary

**TO:** Odette Orenski, Senior Risk Data Analyst
RISK INTERNATIONAL SERVICES, INC.
4055 Embassy Pkwy Ste 100
Fairlawn, OH 44333-1781

**RE:** **Process Served in Illinois**

**FOR:** UTC Aerospace Systems (Assumed Name) (Domestic State: DE)
Hamilton Sundstrand Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased // To: Hamilton Sundstrand Corporation

**DOCUMENT(S) SERVED:** Summons, Attachment(s), Complaint, Exhibit(s), Notice, Motion, Order

**COURT/AGENCY:** Cook County Circuit Court - Law Division, IL
Case # 2024L010541

**NATURE OF ACTION:** Asbestos Litigation - Fatal Injury/Wrongful Death

**PROCESS SERVED ON:** C T Corporation System, Chicago, IL

**DATE/METHOD OF SERVICE:** By Process Server on 10/04/2024 at 17:50

**JURISDICTION SERVED:** Illinois

**APPEARANCE OR ANSWER DUE:** Within 30 days after service of this summons, not counting the day of service

**ATTORNEY(S)/SENDER(S):** Lawrence Weisler
COONEY AND CONWAY
120 N. LaSalle Street, 30th Floor
Suite 3000
Chicago, IL 60602
312-236-6166

**ACTION ITEMS:** CT has retained the current log, Retain Date: 10/05/2024, Expected Purge Date: 10/10/2024

Image SOP

Email Notification, Odette Orenski oorenski@riskinternational.com

Email Notification, Teresa Hooser thooser@riskinternational.com

**REGISTERED AGENT CONTACT:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam1@wolterskluwer.com

**REMARKS:** The document(s) received have been modified to reflect the name of the entity being served

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476145

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 4, 2024
**Server Name:** Nicholas Currie

| | |
|---|---|
| Entity Served | UTC AEROSPACE SYSTEMS |
| Case Number | 2024L010541 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

LRW/lt

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased, | IN RE: ASBESTOS LITIGATION |
| Plaintiff, | NO.: 2024L010541 |
| vs. | |
| A.W. CHESTERTON COMPANY, et al., | PLEASE SERVE<br>See Attached Service Information |
| Defendants. | |

**SUMMONS**

UTC Aerospace Systems

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness this Date: 9/23/2024 3:57 PM IRIS Y. MARTINEZ

Clerk of Court

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Date of Service: ____________________
(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ABB, Inc., as Successor-In-Interest to ITE Electrical** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ADVANCED COMPOSITES, INC.** | Randall J. Philpot<br>2575 South 3270 West<br>Salt Lake City, UT 84119 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **AIRBUS AMERICAS, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **AIRBUS DEFENSE AND SPACE, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **ALLISON TRANSMISSION, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **ARMSTRONG INTERNATIONAL, INC.** | ARMSTRONG INTERNATIONAL, INC.<br>900 Maple Street<br>Three Rivers, MI 49093 |
| **AURORA PUMP COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BASF CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **BORGWARNER MORSE TEC, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BORGWARNER, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **CARLISLE INDUSTRIAL BRAKE & FRICTION INC.** | Corporation Service Company<br>251 Little Falls Road<br>Wilmington, DE 19808 |
| **CARRIER CORPORATION, a Delaware Corporation** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |
| **CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **CFM INTERNATIONAL, INC.** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **COPES-VULCAN, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **CURTISS-WRIGHT CORPORATION** | C T Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **DANA COMPANIES, LLC** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 |
| **DAP, INC.** | The Prentice Hall Corporation, Inc.<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 |
| **DEZURIK, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |
| FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FMC CORPORATION | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FOSTER WHEELER ENERGY CORPORATION | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **GARDNER DENVER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENUINE PARTS CO.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Colombus, OH 43219 |
| **GOULDS PUMPS, INC.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GREENE, TWEED & CO.** | GREENE, TWEED & CO.<br>201 South Tryon Street, Suite 5850<br>Charlotte, NC 28202 |
| **GRINNELL, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.)** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **H.M. ROYAL, INC.** | Corporation Service Company<br>508 Meeting Street<br>West Columbia, SC 29169 |
| **HAMILTON SUNDSTRAND CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HARCO LLC** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.** | C T Corporation System<br>818 W. 7th Street, Suite930<br>Los Angeles, CA 90017 |
| **HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **HENKEL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HEXCEL CORPORATION** | Corporation Service Company<br>50 Weston Street<br>Hartford, CT 06120 |
| **HOWDEN BUFFALO, INC.** | CT Corporation System<br>2 Office Park Court #103<br>Columbia, SC 29223 |
| **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, 17th Floor, Suite 814<br>Chicago, IL 60604 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **KELSEY-HAYES COMPANY** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **LOCKHEED MARTIN CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY<br>652 Oliver Street<br>Williamsport, PA 17701 |
| **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **McMASTER-CARR SUPPLY COMPANY** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **METROPOLITAN LIFE INSURANCE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MOONEY INTERNATIONAL CORP.** | VCORP Services, LLC<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| **MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **NORTHROP GRUMMAN SYSTEMS CORPORATION** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **PARKER-HANNIFIN CORPORATION** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY** | Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| **PIPER AIRCRAFT, INC.** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |
| **PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ROGERS CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SAFRAN USA, INC.** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **SAFRAN USA, INC., f/k/a SNECMA** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SEMCO INSTRUMENTS, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **SPENCE ENGINEERING COMPANY, INC.** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **SPIRAX SARCO, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **TACO, INC.** | Corporation Service Company<br>225 Asylum Street. 20th Floor<br>Hartford, CT 06103 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **TEXTRON AVIATION, INC.** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY** | C T Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **THE BOEING COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE GOODYEAR TIRE AND RUBBER COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |
| **THE WILLIAM POWELL COMPANY** | D R Cowart<br>2503 Spring Grove Avenue<br>Cincinnati, OH 45214 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UTC AEROSPACE SYSTEMS** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

LRW/lt

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY;
ABB, Inc., as Successor-In-Interest to ITE Electrical;
ADVANCED COMPOSITES, INC.;
AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.;
AIRBUS AMERICAS, INC.;
AIRBUS DEFENSE AND SPACE, INC.;
ALLISON TRANSMISSION, INC.;
ARMSTRONG INTERNATIONAL, INC.;
AURORA PUMP COMPANY;
AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
BASF CORPORATION;
BORGWARNER MORSE TEC, LLC;
BORGWARNER, INC.;
BW/IP Inc.;
CARLISLE INDUSTRIAL BRAKE & FRICTION INC.;
CARRIER CORPORATION, a Delaware Corporation;
CESSNA AIRCRAFT COMPANY;
CFM INTERNATIONAL, INC.;
COPES-VULCAN, INC.;
CRANE COMPANY;
CURTISS-WRIGHT CORPORATION;
DANA COMPANIES, LLC;
DAP, INC.;
DEZURIK, INC.;
EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION;
EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.;

IN RE: ASBESTOS LITIGATION

NO:

ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL;
FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION;
FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL;
GOULDS PUMPS, INC.;
GREENE, TWEED & CO.;
GRINNELL, LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
H.M. ROYAL, INC.;
HAMILTON SUNDSTRAND CORPORATION;
HARCO LLC;
HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.;
HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HENKEL CORPORATION;
HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION;
HENRY PRATT COMPANY;
HEXCEL CORPORATION;
HOWDEN BUFFALO, INC.;
ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.;

IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins;
ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC;
KELSEY-HAYES COMPANY;
LOCKHEED MARTIN CORPORATION;
LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY;
McMASTER-CARR SUPPLY COMPANY;
METROPOLITAN LIFE INSURANCE COMPANY;
MOONEY INTERNATIONAL CORP.;
MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC;
MUELLER CO., LTD.;
NORTHROP GRUMMAN SYSTEMS CORPORATION;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION);
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
PARKER-HANNIFIN CORPORATION;
PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY;
PIPER AIRCRAFT, INC.;
PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION;
REDCO CORPORATION, f/k/a CRANE COMPANY;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY;
ROGERS CORPORATION;
SAFRAN USA, INC.;
SAFRAN USA, INC., f/k/a SNECMA;
SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.;
SEMCO INSTRUMENTS, INC.;
SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.;

SPENCE ENGINEERING COMPANY, INC.;
SPIRAX SARCO, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
TACO, INC.;
TEXTRON AVIATION, INC.;
TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY;
TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY;
THE BOEING COMPANY;
THE GOODYEAR TIRE AND RUBBER COMPANY;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY;
THE WILLIAM POWELL COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY;
UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION;
UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION;
UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION;
UTC AEROSPACE SYSTEMS;
WARREN PUMPS, LLC;
YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION;
ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.;

Defendants.

COMPLAINT AT LAW

COUNT 1 – WRONGFUL DEATH

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent, CARL M. WERDA, was employed from 1987 to 2018 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: ABB, Inc., as Successor-In-Interest to ITE Electrical; ADVANCED COMPOSITES, INC.; AIRBUS AMERICAS, INC.; AIRBUS DEFENSE AND SPACE, INC.; ALLISON TRANSMISSION, INC.; ARMSTRONG INTERNATIONAL, INC.; AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; BASF CORPORATION; BORGWARNER MORSE TEC, LLC; BORGWARNER, INC.; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CESSNA AIRCRAFT COMPANY; CFM INTERNATIONAL, INC.; CURTISS-WRIGHT CORPORATION; DANA COMPANIES, LLC; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; EATON CORPORATION, Individually and as

Successor-in-Interest to CUTLER HAMMER, INC.; ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FMC CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS CO.; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; H.M. ROYAL, INC.; HAMILTON SUNDSTRAND CORPORATION; HARCO LLC; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; KELSEY-HAYES COMPANY; LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; MOONEY INTERNATIONAL CORP.; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC; NORTHROP GRUMMAN SYSTEMS CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PARKER-HANNIFIN CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; SCHNEIDER ELECTRIC USA, INC.,

formerly known as SQUARE D COMPANY, INC.; SEMCO INSTRUMENTS, INC.; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UTC AEROSPACE SYSTEMS; ("Defendants"). (See Exhibit "A" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as CARL M. WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA might be exposed while working with the products;

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise

absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2 – SURVIVAL ACTION

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 1 as paragraphs 4-11 of Count 2, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

(Exposure While Serving in the U.S. Marines)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |

KATHRYN WERDA - Daughter

4. The Plaintiff's Decedent, CARL M. WERDA, served in the United States Marines from 1987 to 1995 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his service, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; DANA COMPANIES, LLC; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; PARKER-HANNIFIN CORPORATION; THE GOODYEAR TIRE AND RUBBER COMPANY; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; ABB, Inc., as Successor-In-Interest to ITE Electrical; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; ROGERS CORPORATION; H.M. ROYAL, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; MOONEY INTERNATIONAL CORP.; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; CESSNA AIRCRAFT COMPANY; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; CFM INTERNATIONAL, INC.; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; ALLISON TRANSMISSION, INC.; UNITED

TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; HAMILTON SUNDSTRAND CORPORATION; UTC AEROSPACE SYSTEMS; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; SEMCO INSTRUMENTS, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCO LLC; ADVANCED COMPOSITES, INC.; BASF CORPORATION; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; ("Defendants"). (See Exhibit "B" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(c) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12. Plaintiff adopts and re-alleges paragraphs 1-12 of Count 3 as paragraphs 1-12 of Count 4 as though fully set forth herein.

13. JILL S. WERDA is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased.

14. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 5 - WRONGFUL DEATH

(Secondary Exposure)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent was exposed to asbestos through his Father, ADAM WERDA, from 1966 to 1980 while they was employed in various capacities, including Repairman/Maintenance, at various locations.

5. The Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers that the Decedent's Father, ADAM WERDA, was exposed to and carried home on their clothing large amounts of asbestos fibers emanating from certain products they was working with and around that were manufactured, sold, marketed, distributed or installed by the Defendants: A.W. CHESTERTON COMPANY; ABB, Inc., as Successor-In-Interest to ITE Electrical; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CARRIER CORPORATION, a Delaware Corporation; COPES-VULCAN, INC.; CRANE COMPANY; DANA COMPANIES, LLC; DAP, INC.; DEZURIK, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP.,

Individually and as Successor-in-Interest to DURCO PUMPS; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; GOULDS PUMPS, INC.; GREENE, TWEED & CO.; GRINNELL, LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); H.M. ROYAL, INC.; HENRY PRATT COMPANY; HOWDEN BUFFALO, INC.; IMO INDUSTRIES, INC.; ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; McMASTER-CARR SUPPLY COMPANY; MUELLER CO., LTD.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; REDCO CORPORATION, f/k/a CRANE COMPANY; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; STERLING FLUID SYSTEMS (USA), LLC.; TACO, INC.; THE GOODYEAR TIRE AND RUBBER COMPANY; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; THE WILLIAM POWELL COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION; ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.; ("Defendants"). (See Exhibit "C" attached hereto)

6. At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA and ADAM WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as CARL M. WERDA and ADAM WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA and ADAM WERDA might be exposed while working with the products.

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 6 - SURVIVAL ACT

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 5 as paragraphs 4-11 of Count 6, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 7

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1. CARL M. WERDA contracted Mesothelioma as a result of his exposure to asbestos.

2. Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3. Before the Decedent's Father, ADAM WERDA, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death. The Plaintiff's Decedent, CARL M. WERDA, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4. Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5. Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

7. Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

8. CARL M. WERDA was exposed to asbestos, including asbestos from one or more of the Conspirators.

9. Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

10. The Mesothelioma from which CARL M. WERDA suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

11. Before CARL M. WERDA's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

12. Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

13. Before and during his exposure to asbestos, CARL M. WERDA, was unaware that exposure to asbestos caused serious disease and death.

14. The knowledge of the Conspirators included the following:

(a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

15. Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

16. Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

17. Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to

leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

18. Conspirators knowingly conspired and agreed among themselves to, among others:

(a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

(b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19. One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a) sold asbestos products which were used at locations within the state of Illinois, where CARL M. WERDA, ADAM WERDA worked without warning of the hazards known to the seller;

(b) refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c) edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of CARL M. WERDA.

21. CARL M. WERDA died on April 8, 2024.

22. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

23. CARL M. WERDA was a person of value.

24. As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

25. JILL S. WERDA brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

**COUNT 8**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-25. Plaintiff repeats and re-alleges paragraphs 1-25 of Count 7 as paragraphs 1-25 of Count 8 as though fully set forth herein.

26. CARL M. WERDA was ill from Mesothelioma for a period before his death.

27. Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to February 15, 2024.

28. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________
F4A4404B45254BB...
Attorneys for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
lweisler@cooneyconway.com

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "A"**
Personal Exposure of the Plaintiff's Decedent,
**CARL M. WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Western Michigan University, Kalamazoo, Michigan | 1990-1993 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION;** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kalitta Airlines, Oscoda, Michigan<br><br>Cessna Citation Service Center, Toledo, Ohio | 1994-1995<br><br>1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Northwest Airlines<br>• Hartsfield-Jackson Atlanta International Airport, Atlanta<br>• Detroit Metropolitan Wayne Country Airport, Wayne, Michigan<br><br>USA Jet Airlines, Ypsilanti, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 1995-2003<br><br><br><br><br><br><br>2004 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
| --- | --- | --- |
| Jet Care, Wayne, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 2004-2005 | Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials |
| Federal Express (a/k/a FedEx)<br>• O'Hare International Airport, Chicago, Illinois<br>• Memphis International Airport, Memphis, Tennessee<br>• Ted Stevens Anchorage International Airport, Anchorage, Alaska<br>• Eppley Airfield, Omaha, Nebraska | 2006-2018 | **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS** |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. **HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials **LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products **MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members', and Friends' Vehicles | 1984-1995 | **BORGWARNER MORSE TEC, LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**BORGWARNER, INC.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**KELSEY-HAYES COMPANY:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "B"**
Personal Exposure of the Plaintiff's Decedent while in the U.S. Marines
**CARL WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Michigan National Guard<br>• Fort Dix, New Jersey<br>• Grand Ledge Armory, Michigan<br>• Joint Base Langley-Fort Eustis, Virginia | 1987-1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "C"**
Secondary Exposure through the Decedent's Father,
**ADAM WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Huron Portland Cement, Alpena, Michigan | 1966-1980 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**METROPOLITAN LIFE INSURANCE COMPANY:**<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TACO, INC.:** Asbestos Containing Tanks, Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION:** York Cooling Towers, Compressors, Chillers, Asbestos Containing Block, Pipe Covering, Cement, Transite Board, Gaskets, Packing, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**NOTICE OF ROUTINE MOTION**

TO: See Attached Service List.

On **September 20, 2024,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, I shall electronically submit the attached: **Plaintiff's Routine Motion to Appoint Special Administrator** to the Honorable Judge Patrick J. Sherlock, via email address at **asbestos@cookcountyil.gov**

DocuSigned by:
F4A4404B45254BB...

By: ______________________________
Attorney for Plaintiff

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**ROUTINE MOTION TO APPOINT SPECIAL ADMINISTRATOR**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and moves this Honorable Court for an Order appointing JILL S. WERDA, pursuant to Section 2.1 of the Wrongful Death Act (740 ILCS 180/2.1) and the Survival Act of Illinois (755 ILCS/5/27-6), and in support thereof, states as follows:

1. The Plaintiff's Decedent, CARL M. WERDA, died on April 8, 2024.

2. The sole asset of CARL M. WERDA's estate is a cause of action.

3. No petition for letters of office has been filed for his estate.

4. JILL S. WERDA is qualified to serve as Special Administrator in the action under the laws of the State of Illinois.

5. At his death, CARL M. WERDA left the following heirs:

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

6. Pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of the CARL M. WERDA's heirs and/or legatees.

WHEREFORE, Plaintiff prays for the entry of an Order appointing JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased.

Respectfully Submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________

F4A4404B45254BB...

Attorney for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200
lweisler@cooneyconway.com

LRW/lt

Firm I.D. No: 90200

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**ORDER**

THIS CAUSE coming on before the Court on a Motion to appoint Special Administrator of the Estate of CARL M. WERDA, Deceased, and it being represented that JILL S. WERDA is legally competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of CARL M. WERDA's heirs and/or legatees;

IT IS HEREBY ORDERED that JILL S. WERDA is appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, for the purpose of prosecuting this cause of action, pursuant to Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

ENTER:

Judge Patrick J. Sherlock

SEP 20 2024

JUDGE

Circuit Court - 1942

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476346

## Service of Process Transmittal Summary

**TO:** Odette Orenski, Senior Risk Data Analyst
RISK INTERNATIONAL SERVICES, INC.
4055 Embassy Pkwy Ste 100
Fairlawn, OH 44333-1781

**RE:** **Process Served in Illinois**

**FOR:** UNITED TECHNOLOGIES CORPORATION (Former Name) (Domestic State: DE)
RTX Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased // To: RTX Corporation

**DOCUMENT(S) SERVED:** Summons, Attachment(s), Complaint, Exhibit(s), Notice, Motion, Order

**COURT/AGENCY:** Cook County Circuit Court - Law Division, IL
Case # 2024L010541

**NATURE OF ACTION:** Asbestos Litigation - Fatal Injury/Wrongful Death

**PROCESS SERVED ON:** C T Corporation System, Chicago, IL

**DATE/METHOD OF SERVICE:** By Process Server on 10/04/2024 at 17:50

**JURISDICTION SERVED:** Illinois

**APPEARANCE OR ANSWER DUE:** Within 30 days after service of this summons, not counting the day of service
(Document(s) may contain additional answer dates)

**ATTORNEY(S)/SENDER(S):** Lawrence Weisler
COONEY & CONWAY
120 N. LaSalle St., Suite 3000
Chicago, IL 60602
312-236-6166

**ACTION ITEMS:** CT has retained the current log, Retain Date: 10/05/2024, Expected Purge Date: 10/10/2024

Image SOP

Email Notification, Odette Orenski oorenski@riskinternational.com

Email Notification, Teresa Hooser thooser@riskinternational.com

**REGISTERED AGENT CONTACT:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam1@wolterskluwer.com

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476346

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 4, 2024
**Server Name:** Nicholas Currie

| | |
|---|---|
| Entity Served | UNITED TECHNOLOGIES CORPORATION |
| Case Number | 2024L010541 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

Case: 1:24-cv-11140 Document #: 1-1 Filed: 10/29/24 Page 159 of 463 PageID #:175

LRW/lt

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO.: 2024L010541

PLEASE SERVE
See Attached Service Information

**SUMMONS**

United Technologies corporation - Pratt Whitney

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness this Date: 9/23/2024 3:57 PM IRIS Y. MARTINEZ

Clerk of Court

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Date of Service: ____________________
(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ABB, Inc., as Successor-In-Interest to ITE Electrical** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ADVANCED COMPOSITES, INC.** | Randall J. Philpot<br>2575 South 3270 West<br>Salt Lake City, UT 84119 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **AIRBUS AMERICAS, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **AIRBUS DEFENSE AND SPACE, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **ALLISON TRANSMISSION, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **ARMSTRONG INTERNATIONAL, INC.** | ARMSTRONG INTERNATIONAL, INC.<br>900 Maple Street<br>Three Rivers, MI 49093 |
| **AURORA PUMP COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BASF CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **BORGWARNER MORSE TEC, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BORGWARNER, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **CARLISLE INDUSTRIAL BRAKE & FRICTION INC.** | Corporation Service Company<br>251 Little Falls Road<br>Wilmington, DE 19808 |
| **CARRIER CORPORATION, a Delaware Corporation** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |
| **CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **CFM INTERNATIONAL, INC.** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **COPES-VULCAN, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **CURTISS-WRIGHT CORPORATION** | C T Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **DANA COMPANIES, LLC** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 |
| **DAP, INC.** | The Prentice Hall Corporation, Inc.<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 |
| **DEZURIK, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| **FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |
| **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FOSTER WHEELER ENERGY CORPORATION** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **GARDNER DENVER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENUINE PARTS CO.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Colombus, OH 43219 |
| **GOULDS PUMPS, INC.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GREENE, TWEED & CO.** | GREENE, TWEED & CO.<br>201 South Tryon Street, Suite 5850<br>Charlotte, NC 28202 |
| **GRINNELL, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.)** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **H.M. ROYAL, INC.** | Corporation Service Company<br>508 Meeting Street<br>West Columbia, SC 29169 |
| **HAMILTON SUNDSTRAND CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HARCO LLC** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.** | C T Corporation System<br>818 W. 7th Street, Suite930<br>Los Angeles, CA 90017 |
| **HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **HENKEL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HEXCEL CORPORATION** | Corporation Service Company<br>50 Weston Street<br>Hartford, CT 06120 |
| **HOWDEN BUFFALO, INC.** | CT Corporation System<br>2 Office Park Court #103<br>Columbia, SC 29223 |
| **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, 17th Floor, Suite 814<br>Chicago, IL 60604 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **KELSEY-HAYES COMPANY** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **LOCKHEED MARTIN CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY<br>652 Oliver Street<br>Williamsport, PA 17701 |
| **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **McMASTER-CARR SUPPLY COMPANY** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **METROPOLITAN LIFE INSURANCE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MOONEY INTERNATIONAL CORP.** | VCORP Services, LLC<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| **MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **NORTHROP GRUMMAN SYSTEMS CORPORATION** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **PARKER-HANNIFIN CORPORATION** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY** | Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| **PIPER AIRCRAFT, INC.** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |
| **PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ROGERS CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SAFRAN USA, INC.** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **SAFRAN USA, INC., f/k/a SNECMA** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SEMCO INSTRUMENTS, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **SPENCE ENGINEERING COMPANY, INC.** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **SPIRAX SARCO, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **TACO, INC.** | Corporation Service Company<br>225 Asylum Street. 20th Floor<br>Hartford, CT 06103 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **TEXTRON AVIATION, INC.** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY** | C T Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **THE BOEING COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE GOODYEAR TIRE AND RUBBER COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |
| **THE WILLIAM POWELL COMPANY** | D R Cowart<br>2503 Spring Grove Avenue<br>Cincinnati, OH 45214 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UTC AEROSPACE SYSTEMS** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

LRW/lt

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY;
ABB, Inc., as Successor-In-Interest to ITE Electrical;
ADVANCED COMPOSITES, INC.;
AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.;
AIRBUS AMERICAS, INC.;
AIRBUS DEFENSE AND SPACE, INC.;
ALLISON TRANSMISSION, INC.;
ARMSTRONG INTERNATIONAL, INC.;
AURORA PUMP COMPANY;
AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
BASF CORPORATION;
BORGWARNER MORSE TEC, LLC;
BORGWARNER, INC.;
BW/IP Inc.;
CARLISLE INDUSTRIAL BRAKE & FRICTION INC.;
CARRIER CORPORATION, a Delaware Corporation;
CESSNA AIRCRAFT COMPANY;
CFM INTERNATIONAL, INC.;
COPES-VULCAN, INC.;
CRANE COMPANY;
CURTISS-WRIGHT CORPORATION;
DANA COMPANIES, LLC;
DAP, INC.;
DEZURIK, INC.;
EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION;
EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.;

IN RE: ASBESTOS LITIGATION

NO:

ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL;
FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION;
FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL;
GOULDS PUMPS, INC.;
GREENE, TWEED & CO.;
GRINNELL, LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
H.M. ROYAL, INC.;
HAMILTON SUNDSTRAND CORPORATION;
HARCO LLC;
HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.;
HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HENKEL CORPORATION;
HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION;
HENRY PRATT COMPANY;
HEXCEL CORPORATION;
HOWDEN BUFFALO, INC.;
ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.;

IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins;
ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC;
KELSEY-HAYES COMPANY;
LOCKHEED MARTIN CORPORATION;
LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY;
McMASTER-CARR SUPPLY COMPANY;
METROPOLITAN LIFE INSURANCE COMPANY;
MOONEY INTERNATIONAL CORP.;
MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC;
MUELLER CO., LTD.;
NORTHROP GRUMMAN SYSTEMS CORPORATION;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION);
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
PARKER-HANNIFIN CORPORATION;
PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY;
PIPER AIRCRAFT, INC.;
PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION;
REDCO CORPORATION, f/k/a CRANE COMPANY;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY;
ROGERS CORPORATION;
SAFRAN USA, INC.;
SAFRAN USA, INC., f/k/a SNECMA;
SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.;
SEMCO INSTRUMENTS, INC.;
SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.;

SPENCE ENGINEERING COMPANY, INC.;
SPIRAX SARCO, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
TACO, INC.;
TEXTRON AVIATION, INC.;
TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY;
TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY;
THE BOEING COMPANY;
THE GOODYEAR TIRE AND RUBBER COMPANY;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY;
THE WILLIAM POWELL COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY;
UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION;
UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION;
UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION;
UTC AEROSPACE SYSTEMS;
WARREN PUMPS, LLC;
YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION;
ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.;

Defendants.

COMPLAINT AT LAW

COUNT 1 – WRONGFUL DEATH

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent, CARL M. WERDA, was employed from 1987 to 2018 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: ABB, Inc., as Successor-In-Interest to ITE Electrical; ADVANCED COMPOSITES, INC.; AIRBUS AMERICAS, INC.; AIRBUS DEFENSE AND SPACE, INC.; ALLISON TRANSMISSION, INC.; ARMSTRONG INTERNATIONAL, INC.; AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; BASF CORPORATION; BORGWARNER MORSE TEC, LLC; BORGWARNER, INC.; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CESSNA AIRCRAFT COMPANY; CFM INTERNATIONAL, INC.; CURTISS-WRIGHT CORPORATION; DANA COMPANIES, LLC; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; EATON CORPORATION, Individually and as

Successor-in-Interest to CUTLER HAMMER, INC.; ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FMC CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS CO.; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; H.M. ROYAL, INC.; HAMILTON SUNDSTRAND CORPORATION; HARCO LLC; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; KELSEY-HAYES COMPANY; LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; MOONEY INTERNATIONAL CORP.; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC; NORTHROP GRUMMAN SYSTEMS CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PARKER-HANNIFIN CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; SCHNEIDER ELECTRIC USA, INC.,

formerly known as SQUARE D COMPANY, INC.; SEMCO INSTRUMENTS, INC.; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UTC AEROSPACE SYSTEMS; ("Defendants"). (See Exhibit "A" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as CARL M. WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA might be exposed while working with the products;

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise

absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2 – SURVIVAL ACTION

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 1 as paragraphs 4-11 of Count 2, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

(Exposure While Serving in the U.S. Marines)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |

KATHRYN WERDA - Daughter

4. The Plaintiff's Decedent, CARL M. WERDA, served in the United States Marines from 1987 to 1995 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his service, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; DANA COMPANIES, LLC; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; PARKER-HANNIFIN CORPORATION; THE GOODYEAR TIRE AND RUBBER COMPANY; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; ABB, Inc., as Successor-In-Interest to ITE Electrical; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; ROGERS CORPORATION; H.M. ROYAL, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; MOONEY INTERNATIONAL CORP.; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; CESSNA AIRCRAFT COMPANY; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; CFM INTERNATIONAL, INC.; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; ALLISON TRANSMISSION, INC.; UNITED

TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; HAMILTON SUNDSTRAND CORPORATION; UTC AEROSPACE SYSTEMS; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; SEMCO INSTRUMENTS, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCO LLC; ADVANCED COMPOSITES, INC.; BASF CORPORATION; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; ("Defendants"). (See Exhibit "B" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(c) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12. Plaintiff adopts and re-alleges paragraphs 1-12 of Count 3 as paragraphs 1-12 of Count 4 as though fully set forth herein.

13. JILL S. WERDA is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased.

14. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 5 - WRONGFUL DEATH

(Secondary Exposure)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent was exposed to asbestos through his Father, ADAM WERDA, from 1966 to 1980 while they was employed in various capacities, including Repairman/Maintenance, at various locations.

5. The Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers that the Decedent's Father, ADAM WERDA, was exposed to and carried home on their clothing large amounts of asbestos fibers emanating from certain products they was working with and around that were manufactured, sold, marketed, distributed or installed by the Defendants: A.W. CHESTERTON COMPANY; ABB, Inc., as Successor-In-Interest to ITE Electrical; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CARRIER CORPORATION, a Delaware Corporation; COPES-VULCAN, INC.; CRANE COMPANY; DANA COMPANIES, LLC; DAP, INC.; DEZURIK, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP.,

Individually and as Successor-in-Interest to DURCO PUMPS; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; GOULDS PUMPS, INC.; GREENE, TWEED & CO.; GRINNELL, LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); H.M. ROYAL, INC.; HENRY PRATT COMPANY; HOWDEN BUFFALO, INC.; IMO INDUSTRIES, INC.; ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; McMASTER-CARR SUPPLY COMPANY; MUELLER CO., LTD.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; REDCO CORPORATION, f/k/a CRANE COMPANY; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; STERLING FLUID SYSTEMS (USA), LLC.; TACO, INC.; THE GOODYEAR TIRE AND RUBBER COMPANY; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; THE WILLIAM POWELL COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION; ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.; ("Defendants"). (See Exhibit "C" attached hereto)

6. At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA and ADAM WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as CARL M. WERDA and ADAM WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA and ADAM WERDA might be exposed while working with the products.

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 6 - SURVIVAL ACT

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 5 as paragraphs 4-11 of Count 6, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 7

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1. CARL M. WERDA contracted Mesothelioma as a result of his exposure to asbestos.

2. Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3. Before the Decedent's Father, ADAM WERDA, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death. The Plaintiff's Decedent, CARL M. WERDA, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4. Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5. Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

7. Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

8. CARL M. WERDA was exposed to asbestos, including asbestos from one or more of the Conspirators.

9. Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

10. The Mesothelioma from which CARL M. WERDA suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

11. Before CARL M. WERDA's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

12. Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

13. Before and during his exposure to asbestos, CARL M. WERDA, was unaware that exposure to asbestos caused serious disease and death.

14. The knowledge of the Conspirators included the following:

(a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

15. Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

16. Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

17. Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to

leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

18. Conspirators knowingly conspired and agreed among themselves to, among others:

(a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

(b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19. One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a) sold asbestos products which were used at locations within the state of Illinois, where CARL M. WERDA, ADAM WERDA worked without warning of the hazards known to the seller;

(b) refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c) edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of CARL M. WERDA.

21. CARL M. WERDA died on April 8, 2024.

22. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

23. CARL M. WERDA was a person of value.

24. As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

25. JILL S. WERDA brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

## COUNT 8

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-25. Plaintiff repeats and re-alleges paragraphs 1-25 of Count 7 as paragraphs 1-25 of Count 8 as though fully set forth herein.

26. CARL M. WERDA was ill from Mesothelioma for a period before his death.

27. Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to February 15, 2024.

28. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________

F4A4404B45254B8...

Attorneys for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
lweisler@cooneyconway.com

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "A"**
Personal Exposure of the Plaintiff's Decedent,
**CARL M. WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Western Michigan University, Kalamazoo, Michigan | 1990-1993 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. **HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products **MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment **PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kalitta Airlines, Oscoda, Michigan<br><br>Cessna Citation Service Center, Toledo, Ohio | 1994-1995<br><br>1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Northwest Airlines<br>• Hartsfield-Jackson Atlanta International Airport, Atlanta<br>• Detroit Metropolitan Wayne Country Airport, Wayne, Michigan<br><br>USA Jet Airlines, Ypsilanti, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 1995-2003<br><br><br><br><br><br><br>2004 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Jet Care, Wayne, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 2004-2005 | Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials |
| Federal Express (a/k/a FedEx)<br>• O'Hare International Airport, Chicago, Illinois<br>• Memphis International Airport, Memphis, Tennessee<br>• Ted Stevens Anchorage International Airport, Anchorage, Alaska<br>• Eppley Airfield, Omaha, Nebraska | 2006-2018 | **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS** |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. **HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials **LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products **MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members', and Friends' Vehicles | 1984-1995 | **BORGWARNER MORSE TEC, LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**BORGWARNER, INC.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**KELSEY-HAYES COMPANY:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "B"**
Personal Exposure of the Plaintiff's Decedent while in the U.S. Marines
**CARL WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Michigan National Guard<br>• Fort Dix, New Jersey<br>• Grand Ledge Armory, Michigan<br>• Joint Base Langley-Fort Eustis, Virginia | 1987-1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "C"**
Secondary Exposure through the Decedent's Father,
**ADAM WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Huron Portland Cement, Alpena, Michigan | 1966-1980 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**METROPOLITAN LIFE INSURANCE COMPANY:**<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TACO, INC.:** Asbestos Containing Tanks, Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION:** York Cooling Towers, Compressors, Chillers, Asbestos Containing Block, Pipe Covering, Cement, Transite Board, Gaskets, Packing, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

LRW/lt Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**NOTICE OF ROUTINE MOTION**

TO: See Attached Service List.

On **September 20, 2024,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, I shall electronically submit the attached: **Plaintiff's Routine Motion to Appoint Special Administrator** to the Honorable Judge Patrick J. Sherlock, via email address at **asbestos@cookcountyil.gov**

By: DocuSigned by: F4A4404B45254BB...
Attorney for Plaintiff

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br>Plaintiff,<br>vs.<br>A.W. CHESTERTON COMPANY, et al.,<br>Defendants. | IN RE: ASBESTOS LITIGATION<br>NO: |

**<u>ROUTINE MOTION TO APPOINT SPECIAL ADMINISTRATOR</u>**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and moves this Honorable Court for an Order appointing JILL S. WERDA, pursuant to Section 2.1 of the Wrongful Death Act (740 ILCS 180/2.1) and the Survival Act of Illinois (755 ILCS/5/27-6), and in support thereof, states as follows:

1. The Plaintiff's Decedent, CARL M. WERDA, died on April 8, 2024.

2. The sole asset of CARL M. WERDA's estate is a cause of action.

3. No petition for letters of office has been filed for his estate.

4. JILL S. WERDA is qualified to serve as Special Administrator in the action under the laws of the State of Illinois.

5. At his death, CARL M. WERDA left the following heirs:

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

6. Pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of the CARL M. WERDA's heirs and/or legatees.

WHEREFORE, Plaintiff prays for the entry of an Order appointing JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased.

Respectfully Submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________
F4A4404B45254BB...
Attorney for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200
lweisler@cooneyconway.com

LRW/lt

Firm I.D. No: 90200

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**ORDER**

THIS CAUSE coming on before the Court on a Motion to appoint Special Administrator of the Estate of CARL M. WERDA, Deceased, and it being represented that JILL S. WERDA is legally competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of CARL M. WERDA's heirs and/or legatees;

IT IS HEREBY ORDERED that JILL S. WERDA is appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, for the purpose of prosecuting this cause of action, pursuant to Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

ENTER:

Judge Patrick J. Sherlock

SEP 20 2024

JUDGE

Circuit Court - 1942

COONEY AND CONWAY
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476353

## Service of Process Transmittal Summary

**TO:** Odette Orenski, Senior Risk Data Analyst
RISK INTERNATIONAL SERVICES, INC.
4055 Embassy Pkwy Ste 100
Fairlawn, OH 44333-1781

**RE:** **Process Served in Illinois**

**FOR:** UNITED TECHNOLOGIES CORPORATION (Former Name) (Domestic State: DE)
RTX Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased // To: RTX Corporation

**DOCUMENT(S) SERVED:** Summons, Attachment(s), Complaint, Exhibit(s), Notice, Motion, Order

**COURT/AGENCY:** Cook County Circuit Court - Law Division, IL
Case # 2024L010541

**NATURE OF ACTION:** Asbestos Litigation - Fatal Injury/Wrongful Death

**PROCESS SERVED ON:** C T Corporation System, Chicago, IL

**DATE/METHOD OF SERVICE:** By Process Server on 10/04/2024 at 17:50

**JURISDICTION SERVED:** Illinois

**APPEARANCE OR ANSWER DUE:** Within 30 days after service of this summons, not counting the day of service
(Document(s) may contain additional answer dates)

**ATTORNEY(S)/SENDER(S):** Lawrence Weisler
COONEY & CONWAY
120 N. LaSalle St., Suite 3000
Chicago, IL 60602
312-236-6166

**ACTION ITEMS:** CT has retained the current log, Retain Date: 10/05/2024, Expected Purge Date: 10/10/2024

Image SOP

Email Notification, Odette Orenski oorenski@riskinternational.com

Email Notification, Teresa Hooser thooser@riskinternational.com

**REGISTERED AGENT CONTACT:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam1@wolterskluwer.com

**REMARKS:** The documents received have been modified to reflect the name of the entity being served.

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476353

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 4, 2024
**Server Name:** Nicholas Currie

| | |
|---|---|
| Entity Served | UNITED TECHNOLOGIES CORPORATION |
| Case Number | 2024L010541 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: <<CmsHearingStart>>

LRW/lt

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO.: 2024L010541<br><br>PLEASE SERVE<br>See Attached Service Information |

**SUMMONS**

United Technologies Corporation – Hamilton Sundstrand Corporation

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness this Date: 9/23/2024 3:57 PM IRIS Y. MARTINEZ

Clerk of Court

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Date of Service: ____________________

(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ABB, Inc., as Successor-In-Interest to ITE Electrical** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ADVANCED COMPOSITES, INC.** | Randall J. Philpot<br>2575 South 3270 West<br>Salt Lake City, UT 84119 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **AIRBUS AMERICAS, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **AIRBUS DEFENSE AND SPACE, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **ALLISON TRANSMISSION, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **ARMSTRONG INTERNATIONAL, INC.** | ARMSTRONG INTERNATIONAL, INC.<br>900 Maple Street<br>Three Rivers, MI 49093 |
| **AURORA PUMP COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BASF CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **BORGWARNER MORSE TEC, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BORGWARNER, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **CARLISLE INDUSTRIAL BRAKE & FRICTION INC.** | Corporation Service Company<br>251 Little Falls Road<br>Wilmington, DE 19808 |
| **CARRIER CORPORATION, a Delaware Corporation** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |
| **CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **CFM INTERNATIONAL, INC.** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **COPES-VULCAN, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **CURTISS-WRIGHT CORPORATION** | C T Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **DANA COMPANIES, LLC** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 |
| **DAP, INC.** | The Prentice Hall Corporation, Inc.<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 |
| **DEZURIK, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |
| FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FMC CORPORATION | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| FOSTER WHEELER ENERGY CORPORATION | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **GARDNER DENVER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENUINE PARTS CO.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Colombus, OH 43219 |
| **GOULDS PUMPS, INC.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GREENE, TWEED & CO.** | GREENE, TWEED & CO.<br>201 South Tryon Street, Suite 5850<br>Charlotte, NC 28202 |
| **GRINNELL, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.)** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **H.M. ROYAL, INC.** | Corporation Service Company<br>508 Meeting Street<br>West Columbia, SC 29169 |
| **HAMILTON SUNDSTRAND CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HARCO LLC** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.** | C T Corporation System<br>818 W. 7th Street, Suite930<br>Los Angeles, CA 90017 |
| **HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **HENKEL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HEXCEL CORPORATION** | Corporation Service Company<br>50 Weston Street<br>Hartford, CT 06120 |
| **HOWDEN BUFFALO, INC.** | CT Corporation System<br>2 Office Park Court #103<br>Columbia, SC 29223 |
| **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, 17th Floor, Suite 814<br>Chicago, IL 60604 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **KELSEY-HAYES COMPANY** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **LOCKHEED MARTIN CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY<br>652 Oliver Street<br>Williamsport, PA 17701 |
| **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **McMASTER-CARR SUPPLY COMPANY** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **METROPOLITAN LIFE INSURANCE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MOONEY INTERNATIONAL CORP.** | VCORP Services, LLC<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| **MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **NORTHROP GRUMMAN SYSTEMS CORPORATION** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **PARKER-HANNIFIN CORPORATION** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY** | Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| **PIPER AIRCRAFT, INC.** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |
| **PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ROGERS CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SAFRAN USA, INC.** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **SAFRAN USA, INC., f/k/a SNECMA** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SEMCO INSTRUMENTS, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **SPENCE ENGINEERING COMPANY, INC.** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **SPIRAX SARCO, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **TACO, INC.** | Corporation Service Company<br>225 Asylum Street. 20th Floor<br>Hartford, CT 06103 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **TEXTRON AVIATION, INC.** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY** | C T Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **THE BOEING COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE GOODYEAR TIRE AND RUBBER COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |
| **THE WILLIAM POWELL COMPANY** | D R Cowart<br>2503 Spring Grove Avenue<br>Cincinnati, OH 45214 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UTC AEROSPACE SYSTEMS** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

Docusign Envelope ID: 9F2586EA-27A2-4E88-BB84-46FA01D13E10
Case: 1:24-cv-11140 Document #: 1-1 Filed: 10/29/24 Page 253 of 463 PageID #:269
aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: <<CmsHearingStart>>

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

LRW/lt

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY;<br>ABB, Inc., as Successor-In-Interest to ITE Electrical;<br>ADVANCED COMPOSITES, INC.;<br>AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.;<br>AIRBUS AMERICAS, INC.;<br>AIRBUS DEFENSE AND SPACE, INC.;<br>ALLISON TRANSMISSION, INC.;<br>ARMSTRONG INTERNATIONAL, INC.;<br>AURORA PUMP COMPANY;<br>AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;<br>BASF CORPORATION;<br>BORGWARNER MORSE TEC, LLC;<br>BORGWARNER, INC.;<br>BW/IP Inc.;<br>CARLISLE INDUSTRIAL BRAKE & FRICTION INC.;<br>CARRIER CORPORATION, a Delaware Corporation;<br>CESSNA AIRCRAFT COMPANY;<br>CFM INTERNATIONAL, INC.;<br>COPES-VULCAN, INC.;<br>CRANE COMPANY;<br>CURTISS-WRIGHT CORPORATION;<br>DANA COMPANIES, LLC;<br>DAP, INC.;<br>DEZURIK, INC.;<br>EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION;<br>EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; | IN RE: ASBESTOS LITIGATION<br><br>NO: |

ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL;
FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION;
FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL;
GOULDS PUMPS, INC.;
GREENE, TWEED & CO.;
GRINNELL, LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
H.M. ROYAL, INC.;
HAMILTON SUNDSTRAND CORPORATION;
HARCO LLC;
HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.;
HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HENKEL CORPORATION;
HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION;
HENRY PRATT COMPANY;
HEXCEL CORPORATION;
HOWDEN BUFFALO, INC.;
ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.;

IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins;
ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC;
KELSEY-HAYES COMPANY;
LOCKHEED MARTIN CORPORATION;
LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY;
McMASTER-CARR SUPPLY COMPANY;
METROPOLITAN LIFE INSURANCE COMPANY;
MOONEY INTERNATIONAL CORP.;
MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC;
MUELLER CO., LTD.;
NORTHROP GRUMMAN SYSTEMS CORPORATION;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION);
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
PARKER-HANNIFIN CORPORATION;
PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY;
PIPER AIRCRAFT, INC.;
PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION;
REDCO CORPORATION, f/k/a CRANE COMPANY;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY;
ROGERS CORPORATION;
SAFRAN USA, INC.;
SAFRAN USA, INC., f/k/a SNECMA;
SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.;
SEMCO INSTRUMENTS, INC.;
SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.;

SPENCE ENGINEERING COMPANY, INC.;
SPIRAX SARCO, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
TACO, INC.;
TEXTRON AVIATION, INC.;
TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY;
TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY;
THE BOEING COMPANY;
THE GOODYEAR TIRE AND RUBBER COMPANY;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY;
THE WILLIAM POWELL COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY;
UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION;
UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION;
UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION;
UTC AEROSPACE SYSTEMS;
WARREN PUMPS, LLC;
YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION;
ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.;

Defendants.

COMPLAINT AT LAW

COUNT 1 – WRONGFUL DEATH

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent, CARL M. WERDA, was employed from 1987 to 2018 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: ABB, Inc., as Successor-In-Interest to ITE Electrical; ADVANCED COMPOSITES, INC.; AIRBUS AMERICAS, INC.; AIRBUS DEFENSE AND SPACE, INC.; ALLISON TRANSMISSION, INC.; ARMSTRONG INTERNATIONAL, INC.; AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; BASF CORPORATION; BORGWARNER MORSE TEC, LLC; BORGWARNER, INC.; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CESSNA AIRCRAFT COMPANY; CFM INTERNATIONAL, INC.; CURTISS-WRIGHT CORPORATION; DANA COMPANIES, LLC; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; EATON CORPORATION, Individually and as

Successor-in-Interest to CUTLER HAMMER, INC.; ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FMC CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS CO.; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; H.M. ROYAL, INC.; HAMILTON SUNDSTRAND CORPORATION; HARCO LLC; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; KELSEY-HAYES COMPANY; LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; MOONEY INTERNATIONAL CORP.; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC; NORTHROP GRUMMAN SYSTEMS CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PARKER-HANNIFIN CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; SCHNEIDER ELECTRIC USA, INC.,

formerly known as SQUARE D COMPANY, INC.; SEMCO INSTRUMENTS, INC.; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UTC AEROSPACE SYSTEMS; ("Defendants"). (See Exhibit "A" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as CARL M. WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA might be exposed while working with the products;

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise

absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2 – SURVIVAL ACTION

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 1 as paragraphs 4-11 of Count 2, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

(Exposure While Serving in the U.S. Marines)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |

KATHRYN WERDA - Daughter

4. The Plaintiff's Decedent, CARL M. WERDA, served in the United States Marines from 1987 to 1995 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his service, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; DANA COMPANIES, LLC; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; PARKER-HANNIFIN CORPORATION; THE GOODYEAR TIRE AND RUBBER COMPANY; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; ABB, Inc., as Successor-In-Interest to ITE Electrical; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; ROGERS CORPORATION; H.M. ROYAL, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; MOONEY INTERNATIONAL CORP.; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; CESSNA AIRCRAFT COMPANY; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; CFM INTERNATIONAL, INC.; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; ALLISON TRANSMISSION, INC.; UNITED

TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; HAMILTON SUNDSTRAND CORPORATION; UTC AEROSPACE SYSTEMS; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; SEMCO INSTRUMENTS, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCO LLC; ADVANCED COMPOSITES, INC.; BASF CORPORATION; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; ("Defendants"). (See Exhibit "B" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(c) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12. Plaintiff adopts and re-alleges paragraphs 1-12 of Count 3 as paragraphs 1-12 of Count 4 as though fully set forth herein.

13. JILL S. WERDA is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased.

14. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 5 - WRONGFUL DEATH
(Secondary Exposure)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent was exposed to asbestos through his Father, ADAM WERDA, from 1966 to 1980 while they was employed in various capacities, including Repairman/Maintenance, at various locations.

5. The Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers that the Decedent's Father, ADAM WERDA, was exposed to and carried home on their clothing large amounts of asbestos fibers emanating from certain products they was working with and around that were manufactured, sold, marketed, distributed or installed by the Defendants: A.W. CHESTERTON COMPANY; ABB, Inc., as Successor-In-Interest to ITE Electrical; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CARRIER CORPORATION, a Delaware Corporation; COPES-VULCAN, INC.; CRANE COMPANY; DANA COMPANIES, LLC; DAP, INC.; DEZURIK, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP.,

Individually and as Successor-in-Interest to DURCO PUMPS; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; GOULDS PUMPS, INC.; GREENE, TWEED & CO.; GRINNELL, LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); H.M. ROYAL, INC.; HENRY PRATT COMPANY; HOWDEN BUFFALO, INC.; IMO INDUSTRIES, INC.; ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; McMASTER-CARR SUPPLY COMPANY; MUELLER CO., LTD.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; REDCO CORPORATION, f/k/a CRANE COMPANY; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; STERLING FLUID SYSTEMS (USA), LLC.; TACO, INC.; THE GOODYEAR TIRE AND RUBBER COMPANY; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; THE WILLIAM POWELL COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION; ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.; ("Defendants"). (See Exhibit "C" attached hereto)

6. At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA and ADAM WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as CARL M. WERDA and ADAM WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA and ADAM WERDA might be exposed while working with the products.

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 6 - SURVIVAL ACT

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 5 as paragraphs 4-11 of Count 6, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 7

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1. CARL M. WERDA contracted Mesothelioma as a result of his exposure to asbestos.

2. Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3. Before the Decedent's Father, ADAM WERDA, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death. The Plaintiff's Decedent, CARL M. WERDA, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4. Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5. Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

7. Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

8. CARL M. WERDA was exposed to asbestos, including asbestos from one or more of the Conspirators.

9. Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

10. The Mesothelioma from which CARL M. WERDA suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

11. Before CARL M. WERDA's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

12. Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

13. Before and during his exposure to asbestos, CARL M. WERDA, was unaware that exposure to asbestos caused serious disease and death.

14. The knowledge of the Conspirators included the following:

(a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

15. Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

16. Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

17. Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to

leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

18. Conspirators knowingly conspired and agreed among themselves to, among others:

(a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

(b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19. One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a) sold asbestos products which were used at locations within the state of Illinois, where CARL M. WERDA, ADAM WERDA worked without warning of the hazards known to the seller;

(b) refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c) edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of CARL M. WERDA.

21. CARL M. WERDA died on April 8, 2024.

22. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

23. CARL M. WERDA was a person of value.

24. As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

25. JILL S. WERDA brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

COUNT 8

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-25. Plaintiff repeats and re-alleges paragraphs 1-25 of Count 7 as paragraphs 1-25 of Count 8 as though fully set forth herein.

26. CARL M. WERDA was ill from Mesothelioma for a period before his death.

27. Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to February 15, 2024.

28. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

DocuSigned by:

By: ____________________
F4A4404B45254BB...
Attorneys for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
lweisler@cooneyconway.com

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "A"**
Personal Exposure of the Plaintiff's Decedent,
**CARL M. WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Western Michigan University, Kalamazoo, Michigan | 1990-1993 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kalitta Airlines, Oscoda, Michigan<br><br>Cessna Citation Service Center, Toledo, Ohio | 1994-1995<br><br>1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Northwest Airlines<br>• Hartsfield-Jackson Atlanta International Airport, Atlanta<br>• Detroit Metropolitan Wayne Country Airport, Wayne, Michigan<br><br>USA Jet Airlines, Ypsilanti, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 1995-2003<br><br><br><br><br><br>2004 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Jet Care, Wayne, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 2004-2005 | Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials |
| Federal Express (a/k/a FedEx)<br>• O'Hare International Airport, Chicago, Illinois<br>• Memphis International Airport, Memphis, Tennessee<br>• Ted Stevens Anchorage International Airport, Anchorage, Alaska<br>• Eppley Airfield, Omaha, Nebraska | 2006-2018 | **AVCO CORPORATION, Individually, and as Successor-In-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS** |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
| --- | --- | --- |
| | | **MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members', and Friends' Vehicles | 1984-1995 | **BORGWARNER MORSE TEC, LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**BORGWARNER, INC.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**KELSEY-HAYES COMPANY:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "B"**
Personal Exposure of the Plaintiff's Decedent while in the U.S. Marines
**CARL WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Michigan National Guard<br>• Fort Dix, New Jersey<br>• Grand Ledge Armory, Michigan<br>• Joint Base Langley-Fort Eustis, Virginia | 1987-1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "C"**
Secondary Exposure through the Decedent's Father,
**ADAM WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Huron Portland Cement, Alpena, Michigan | 1966-1980 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
| --- | --- | --- |
| | | Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**METROPOLITAN LIFE INSURANCE COMPANY:**<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TACO, INC.:** Asbestos Containing Tanks, Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION:** York Cooling Towers, Compressors, Chillers, Asbestos Containing Block, Pipe Covering, Cement, Transite Board, Gaskets, Packing, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**NOTICE OF ROUTINE MOTION**

TO: See Attached Service List.

On **September 20, 2024,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, I shall electronically submit the attached: **Plaintiff's Routine Motion to Appoint Special Administrator** to the Honorable Judge Patrick J. Sherlock, via email address at **asbestos@cookcountyil.gov**

DocuSigned by:
By: ________________________
F4A4404B45254BB...
Attorney for Plaintiff

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**ROUTINE MOTION TO APPOINT SPECIAL ADMINISTRATOR**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and moves this Honorable Court for an Order appointing JILL S. WERDA, pursuant to Section 2.1 of the Wrongful Death Act (740 ILCS 180/2.1) and the Survival Act of Illinois (755 ILCS/5/27-6), and in support thereof, states as follows:

1. The Plaintiff's Decedent, CARL M. WERDA, died on April 8, 2024.

2. The sole asset of CARL M. WERDA's estate is a cause of action.

3. No petition for letters of office has been filed for his estate.

4. JILL S. WERDA is qualified to serve as Special Administrator in the action under the laws of the State of Illinois.

5. At his death, CARL M. WERDA left the following heirs:

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

6. Pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of the CARL M. WERDA's heirs and/or legatees.

WHEREFORE, Plaintiff prays for the entry of an Order appointing JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased.

Respectfully Submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________

F4A4484B45254BB...

Attorney for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200
lweisler@cooneyconway.com

LRW/lt

Firm I.D. No: 90200

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**ORDER**

THIS CAUSE coming on before the Court on a Motion to appoint Special Administrator of the Estate of CARL M. WERDA, Deceased, and it being represented that JILL S. WERDA is legally competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of CARL M. WERDA's heirs and/or legatees;

IT IS HEREBY ORDERED that JILL S. WERDA is appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, for the purpose of prosecuting this cause of action, pursuant to Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

ENTER:

Judge Patrick J. Sherlock
SEP 20 2024
Circuit Court - 1942

JUDGE

COONEY AND CONWAY
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476274

## Service of Process Transmittal Summary

**TO:** Odette Orenski, Senior Risk Data Analyst
RISK INTERNATIONAL SERVICES, INC.
4055 Embassy Pkwy Ste 100
Fairlawn, OH 44333-1781

**RE:** **Process Served in Illinois**

**FOR:** UNITED TECHNOLOGIES CORPORATION (Former Name) (Domestic State: DE)
RTX Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased // To: RTX Corporation

**DOCUMENT(S) SERVED:** Summons, Attachment(s), Complaint, Notice, Motion, Order

**COURT/AGENCY:** Cook County Circuit Court - Law Division, IL
Case # 2024L010541

**NATURE OF ACTION:** Asbestos Litigation - Fatal Injury/Wrongful Death

**PROCESS SERVED ON:** C T Corporation System, Chicago, IL

**DATE/METHOD OF SERVICE:** By Process Server on 10/04/2024 at 17:50

**JURISDICTION SERVED:** Illinois

**APPEARANCE OR ANSWER DUE:** Within 30 days after service of this summons, not counting the day of service
(Document(s) may contain additional answer dates)

**ATTORNEY(S)/SENDER(S):** Lawrence Weisler
COONEY & CONWAY
120 N. LaSalle St., Suite 3000
Chicago, IL 60602
312-236-6166

**ACTION ITEMS:** CT has retained the current log, Retain Date: 10/05/2024, Expected Purge Date: 10/10/2024

Image SOP

Email Notification, Odette Orenski oorenski@riskinternational.com

Email Notification, Teresa Hooser thooser@riskinternational.com

**REGISTERED AGENT CONTACT:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam1@wolterskluwer.com

**REMARKS:** The documents received have been modified to reflect the name of the entity being served.

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476274

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 4, 2024
**Server Name:** Nicholas Currie

| | |
|---|---|
| Entity Served | UNITED TECHNOLOGIES CORPORATION |
| Case Number | 2024L010541 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: <<CmsHearingStart>>
LRW/lt

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased, | IN RE: ASBESTOS LITIGATION |
| Plaintiff, | NO.: 2024L010541 |
| vs. | |
| A.W. CHESTERTON COMPANY, et al., | PLEASE SERVE<br>See Attached Service Information |
| Defendants. | United Technologies Corporation – Hamilton Sundstrand Division |

**SUMMONS**

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness this Date: 9/23/2024 3:57 PM IRIS Y. MARTINEZ

Clerk of Court

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Date of Service: ____________________
(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ABB, Inc., as Successor-In-Interest to ITE Electrical** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ADVANCED COMPOSITES, INC.** | Randall J. Philpot<br>2575 South 3270 West<br>Salt Lake City, UT 84119 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **AIRBUS AMERICAS, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **AIRBUS DEFENSE AND SPACE, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **ALLISON TRANSMISSION, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **ARMSTRONG INTERNATIONAL, INC.** | ARMSTRONG INTERNATIONAL, INC.<br>900 Maple Street<br>Three Rivers, MI 49093 |
| **AURORA PUMP COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BASF CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **BORGWARNER MORSE TEC, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BORGWARNER, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **CARLISLE INDUSTRIAL BRAKE & FRICTION INC.** | Corporation Service Company<br>251 Little Falls Road<br>Wilmington, DE 19808 |
| **CARRIER CORPORATION, a Delaware Corporation** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |
| **CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **CFM INTERNATIONAL, INC.** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **COPES-VULCAN, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **CURTISS-WRIGHT CORPORATION** | C T Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **DANA COMPANIES, LLC** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 |
| **DAP, INC.** | The Prentice Hall Corporation, Inc.<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 |
| **DEZURIK, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| **FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |
| **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FOSTER WHEELER ENERGY CORPORATION** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **GARDNER DENVER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENUINE PARTS CO.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Colombus, OH 43219 |
| **GOULDS PUMPS, INC.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GREENE, TWEED & CO.** | GREENE, TWEED & CO.<br>201 South Tryon Street, Suite 5850<br>Charlotte, NC 28202 |
| **GRINNELL, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.)** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **H.M. ROYAL, INC.** | Corporation Service Company<br>508 Meeting Street<br>West Columbia, SC 29169 |
| **HAMILTON SUNDSTRAND CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HARCO LLC** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.** | C T Corporation System<br>818 W. 7th Street, Suite930<br>Los Angeles, CA 90017 |
| **HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **HENKEL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HEXCEL CORPORATION** | Corporation Service Company<br>50 Weston Street<br>Hartford, CT 06120 |
| **HOWDEN BUFFALO, INC.** | CT Corporation System<br>2 Office Park Court #103<br>Columbia, SC 29223 |
| **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, 17th Floor, Suite 814<br>Chicago, IL 60604 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **KELSEY-HAYES COMPANY** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **LOCKHEED MARTIN CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY<br>652 Oliver Street<br>Williamsport, PA 17701 |
| **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **McMASTER-CARR SUPPLY COMPANY** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **METROPOLITAN LIFE INSURANCE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MOONEY INTERNATIONAL CORP.** | VCORP Services, LLC<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| **MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **NORTHROP GRUMMAN SYSTEMS CORPORATION** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **PARKER-HANNIFIN CORPORATION** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY** | Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| **PIPER AIRCRAFT, INC.** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |
| **PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ROGERS CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SAFRAN USA, INC.** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **SAFRAN USA, INC., f/k/a SNECMA** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SEMCO INSTRUMENTS, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **SPENCE ENGINEERING COMPANY, INC.** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **SPIRAX SARCO, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **TACO, INC.** | Corporation Service Company<br>225 Asylum Street. 20th Floor<br>Hartford, CT 06103 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **TEXTRON AVIATION, INC.** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY** | C T Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **THE BOEING COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE GOODYEAR TIRE AND RUBBER COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |
| **THE WILLIAM POWELL COMPANY** | D R Cowart<br>2503 Spring Grove Avenue<br>Cincinnati, OH 45214 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UTC AEROSPACE SYSTEMS** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
Jl other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
:ourt Date: <<CmsHearingStart>>

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

LRW/lt

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY;<br>ABB, Inc., as Successor-In-Interest to ITE Electrical;<br>ADVANCED COMPOSITES, INC.;<br>AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.;<br>AIRBUS AMERICAS, INC.;<br>AIRBUS DEFENSE AND SPACE, INC.;<br>ALLISON TRANSMISSION, INC.;<br>ARMSTRONG INTERNATIONAL, INC.;<br>AURORA PUMP COMPANY;<br>AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;<br>BASF CORPORATION;<br>BORGWARNER MORSE TEC, LLC;<br>BORGWARNER, INC.;<br>BW/IP Inc.;<br>CARLISLE INDUSTRIAL BRAKE & FRICTION INC.;<br>CARRIER CORPORATION, a Delaware Corporation;<br>CESSNA AIRCRAFT COMPANY;<br>CFM INTERNATIONAL, INC.;<br>COPES-VULCAN, INC.;<br>CRANE COMPANY;<br>CURTISS-WRIGHT CORPORATION;<br>DANA COMPANIES, LLC;<br>DAP, INC.;<br>DEZURIK, INC.;<br>EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION;<br>EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; | IN RE: ASBESTOS LITIGATION<br><br>NO: |

ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL;
FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION;
FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL;
GOULDS PUMPS, INC.;
GREENE, TWEED & CO.;
GRINNELL, LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
H.M. ROYAL, INC.;
HAMILTON SUNDSTRAND CORPORATION;
HARCO LLC;
HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.;
HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HENKEL CORPORATION;
HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION;
HENRY PRATT COMPANY;
HEXCEL CORPORATION;
HOWDEN BUFFALO, INC.;
ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.;

IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins;
ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC;
KELSEY-HAYES COMPANY;
LOCKHEED MARTIN CORPORATION;
LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY;
McMASTER-CARR SUPPLY COMPANY;
METROPOLITAN LIFE INSURANCE COMPANY;
MOONEY INTERNATIONAL CORP.;
MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC;
MUELLER CO., LTD.;
NORTHROP GRUMMAN SYSTEMS CORPORATION;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION);
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
PARKER-HANNIFIN CORPORATION;
PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY;
PIPER AIRCRAFT, INC.;
PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION;
REDCO CORPORATION, f/k/a CRANE COMPANY;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY;
ROGERS CORPORATION;
SAFRAN USA, INC.;
SAFRAN USA, INC., f/k/a SNECMA;
SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.;
SEMCO INSTRUMENTS, INC.;
SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.;

SPENCE ENGINEERING COMPANY, INC.;
SPIRAX SARCO, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
TACO, INC.;
TEXTRON AVIATION, INC.;
TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY;
TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY;
THE BOEING COMPANY;
THE GOODYEAR TIRE AND RUBBER COMPANY;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY;
THE WILLIAM POWELL COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY;
UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION;
UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION;
UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION;
UTC AEROSPACE SYSTEMS;
WARREN PUMPS, LLC;
YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION;
ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.;

Defendants.

## COMPLAINT AT LAW

## COUNT 1 – WRONGFUL DEATH

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent, CARL M. WERDA, was employed from 1987 to 2018 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: ABB, Inc., as Successor-In-Interest to ITE Electrical; ADVANCED COMPOSITES, INC.; AIRBUS AMERICAS, INC.; AIRBUS DEFENSE AND SPACE, INC.; ALLISON TRANSMISSION, INC.; ARMSTRONG INTERNATIONAL, INC.; AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; BASF CORPORATION; BORGWARNER MORSE TEC, LLC; BORGWARNER, INC.; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CESSNA AIRCRAFT COMPANY; CFM INTERNATIONAL, INC.; CURTISS-WRIGHT CORPORATION; DANA COMPANIES, LLC; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; EATON CORPORATION, Individually and as

Successor-in-Interest to CUTLER HAMMER, INC.; ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FMC CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS CO.; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; H.M. ROYAL, INC.; HAMILTON SUNDSTRAND CORPORATION; HARCO LLC; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; KELSEY-HAYES COMPANY; LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; MOONEY INTERNATIONAL CORP.; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC; NORTHROP GRUMMAN SYSTEMS CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PARKER-HANNIFIN CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; SCHNEIDER ELECTRIC USA, INC.,

formerly known as SQUARE D COMPANY, INC.; SEMCO INSTRUMENTS, INC.; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UTC AEROSPACE SYSTEMS; ("Defendants"). (See Exhibit "A" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as CARL M. WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA might be exposed while working with the products;

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise

absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2 – SURVIVAL ACTION

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 1 as paragraphs 4-11 of Count 2, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

(Exposure While Serving in the U.S. Marines)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |

KATHRYN WERDA - Daughter

4. The Plaintiff's Decedent, CARL M. WERDA, served in the United States Marines from 1987 to 1995 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his service, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; DANA COMPANIES, LLC; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; PARKER-HANNIFIN CORPORATION; THE GOODYEAR TIRE AND RUBBER COMPANY; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; ABB, Inc., as Successor-In-Interest to ITE Electrical; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; ROGERS CORPORATION; H.M. ROYAL, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; MOONEY INTERNATIONAL CORP.; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; CESSNA AIRCRAFT COMPANY; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; CFM INTERNATIONAL, INC.; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; ALLISON TRANSMISSION, INC.; UNITED

TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; HAMILTON SUNDSTRAND CORPORATION; UTC AEROSPACE SYSTEMS; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; SEMCO INSTRUMENTS, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCO LLC; ADVANCED COMPOSITES, INC.; BASF CORPORATION; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; ("Defendants"). (See Exhibit "B" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(c) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12. Plaintiff adopts and re-alleges paragraphs 1-12 of Count 3 as paragraphs 1-12 of Count 4 as though fully set forth herein.

13. JILL S. WERDA is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased.

14. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 5 - WRONGFUL DEATH

(Secondary Exposure)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent was exposed to asbestos through his Father, ADAM WERDA, from 1966 to 1980 while they was employed in various capacities, including Repairman/Maintenance, at various locations.

5. The Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers that the Decedent's Father, ADAM WERDA, was exposed to and carried home on their clothing large amounts of asbestos fibers emanating from certain products they was working with and around that were manufactured, sold, marketed, distributed or installed by the Defendants: A.W. CHESTERTON COMPANY; ABB, Inc., as Successor-In-Interest to ITE Electrical; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CARRIER CORPORATION, a Delaware Corporation; COPES-VULCAN, INC.; CRANE COMPANY; DANA COMPANIES, LLC; DAP, INC.; DEZURIK, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP.,

Individually and as Successor-in-Interest to DURCO PUMPS; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; GOULDS PUMPS, INC.; GREENE, TWEED & CO.; GRINNELL, LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); H.M. ROYAL, INC.; HENRY PRATT COMPANY; HOWDEN BUFFALO, INC.; IMO INDUSTRIES, INC.; ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; McMASTER-CARR SUPPLY COMPANY; MUELLER CO., LTD.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; REDCO CORPORATION, f/k/a CRANE COMPANY; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; STERLING FLUID SYSTEMS (USA), LLC.; TACO, INC.; THE GOODYEAR TIRE AND RUBBER COMPANY; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; THE WILLIAM POWELL COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION; ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.; ("Defendants"). (See Exhibit "C" attached hereto)

6. At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA and ADAM WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as CARL M. WERDA and ADAM WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA and ADAM WERDA might be exposed while working with the products.

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 6 - SURVIVAL ACT

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 5 as paragraphs 4-11 of Count 6, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 7

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1. CARL M. WERDA contracted Mesothelioma as a result of his exposure to asbestos.

2. Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3. Before the Decedent's Father, ADAM WERDA, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death. The Plaintiff's Decedent, CARL M. WERDA, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4. Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5. Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

7. Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

8. CARL M. WERDA was exposed to asbestos, including asbestos from one or more of the Conspirators.

9. Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

10. The Mesothelioma from which CARL M. WERDA suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

11. Before CARL M. WERDA's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

12. Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

13. Before and during his exposure to asbestos, CARL M. WERDA, was unaware that exposure to asbestos caused serious disease and death.

14. The knowledge of the Conspirators included the following:

(a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

15. Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

16. Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

17. Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to

leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

18. Conspirators knowingly conspired and agreed among themselves to, among others:

(a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

(b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19. One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a) sold asbestos products which were used at locations within the state of Illinois, where CARL M. WERDA, ADAM WERDA worked without warning of the hazards known to the seller;

(b) refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c) edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of CARL M. WERDA.

21. CARL M. WERDA died on April 8, 2024.

22. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

23. CARL M. WERDA was a person of value.

24. As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

25. JILL S. WERDA brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

## COUNT 8

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-25. Plaintiff repeats and re-alleges paragraphs 1-25 of Count 7 as paragraphs 1-25 of Count 8 as though fully set forth herein.

26. CARL M. WERDA was ill from Mesothelioma for a period before his death.

27. Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to February 15, 2024.

28. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________________

F4A4404B45254BB...

Attorneys for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
lweisler@cooneyconway.com

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "A"**
Personal Exposure of the Plaintiff's Decedent,
**CARL M. WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Western Michigan University, Kalamazoo, Michigan | 1990-1993 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
| --- | --- | --- |
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kalitta Airlines, Oscoda, Michigan<br><br>Cessna Citation Service Center, Toledo, Ohio | 1994-1995<br><br>1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Northwest Airlines<br>• Hartsfield-Jackson Atlanta International Airport, Atlanta<br>• Detroit Metropolitan Wayne Country Airport, Wayne, Michigan<br><br>USA Jet Airlines, Ypsilanti, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 1995-2003<br><br><br><br><br><br>2004 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Jet Care, Wayne, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 2004-2005 | Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials |
| Federal Express (a/k/a FedEx)<br>• O'Hare International Airport, Chicago, Illinois<br>• Memphis International Airport, Memphis, Tennessee<br>• Ted Stevens Anchorage International Airport, Anchorage, Alaska<br>• Eppley Airfield, Omaha, Nebraska | 2006-2018 | **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS** |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members', and Friends' Vehicles | 1984-1995 | **BORGWARNER MORSE TEC, LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**BORGWARNER, INC.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**KELSEY-HAYES COMPANY:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "B"**
Personal Exposure of the Plaintiff's Decedent while in the U.S. Marines
**CARL WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Michigan National Guard<br>• Fort Dix, New Jersey<br>• Grand Ledge Armory, Michigan<br>• Joint Base Langley-Fort Eustis, Virginia | 1987-1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "C"**
Secondary Exposure through the Decedent's Father,
**ADAM WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Huron Portland Cement, Alpena, Michigan | 1966-1980 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbėstos containing materials<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**METROPOLITAN LIFE INSURANCE COMPANY:**<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TACO, INC.:** Asbestos Containing Tanks, Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION:** York Cooling Towers, Compressors, Chillers, Asbestos Containing Block, Pipe Covering, Cement, Transite Board, Gaskets, Packing, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**NOTICE OF ROUTINE MOTION**

TO: See Attached Service List.

On **September 20, 2024,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, I shall electronically submit the attached: **Plaintiff's Routine Motion to Appoint Special Administrator** to the Honorable Judge Patrick J. Sherlock, via email address at **asbestos@cookcountyil.gov**

By: DocuSigned by: F4A4404B45254BB...
Attorney for Plaintiff

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**ROUTINE MOTION TO APPOINT SPECIAL ADMINISTRATOR**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and moves this Honorable Court for an Order appointing JILL S. WERDA, pursuant to Section 2.1 of the Wrongful Death Act (740 ILCS 180/2.1) and the Survival Act of Illinois (755 ILCS/5/27-6), and in support thereof, states as follows:

1. The Plaintiff's Decedent, CARL M. WERDA, died on April 8, 2024.

2. The sole asset of CARL M. WERDA's estate is a cause of action.

3. No petition for letters of office has been filed for his estate.

4. JILL S. WERDA is qualified to serve as Special Administrator in the action under the laws of the State of Illinois.

5. At his death, CARL M. WERDA left the following heirs:

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

6. Pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of the CARL M. WERDA's heirs and/or legatees.

WHEREFORE, Plaintiff prays for the entry of an Order appointing JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased.

Respectfully Submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________

F4A4484B45254BB...

Attorney for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200
lweisler@cooneyconway.com

LRW/lt

Firm I.D. No: 90200

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**ORDER**

THIS CAUSE coming on before the Court on a Motion to appoint Special Administrator of the Estate of CARL M. WERDA, Deceased, and it being represented that JILL S. WERDA is legally competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of CARL M. WERDA's heirs and/or legatees;

IT IS HEREBY ORDERED that JILL S. WERDA is appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, for the purpose of prosecuting this cause of action, pursuant to Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

ENTER:

Judge Patrick J. Sherlock
SEP 20 2024
Circuit Court - 1942

JUDGE

COONEY AND CONWAY
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476259

## Service of Process Transmittal Summary

**TO:** Odette Orenski, Senior Risk Data Analyst
RISK INTERNATIONAL SERVICES, INC.
4055 Embassy Pkwy Ste 100
Fairlawn, OH 44333-1781

**RE:** **Process Served in Illinois**

**FOR:** UNITED TECHNOLOGIES CORPORATION (Former Name) (Domestic State: DE)
RTX Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased // To: RTX Corporation |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Exhibit(s), Notice , Motion, Order |
| **COURT/AGENCY:** | Cook County Circuit Court - Law Division, IL<br>Case # 2024L010541 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/04/2024 at 17:50 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, not counting the day of service<br>(Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Lawrence Weisler<br>COONEY & CONWAY<br>120 N. LaSalle St., Suite 3000<br>Chicago, IL 60602<br>312-236-6166 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/05/2024, Expected Purge Date: 10/10/2024<br><br>Image SOP<br><br>Email Notification, Odette Orenski oorenski@riskinternational.com<br><br>Email Notification, Teresa Hooser thooser@riskinternational.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/04/2024
CT Log Number 547476259

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 4, 2024
**Server Name:** Nicholas Currie

| | |
|---|---|
| Entity Served | UNITED TECHNOLOGIES CORPORATION |
| Case Number | 2024L010541 |
| Jurisdiction | IL |

| Inserts | | |
|---|---|---|
| | | |

LRW/lt

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL WERDA, Special Administrator of the Estate of CARL WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO.: 2024L010541<br><br>PLEASE SERVE<br>See Attached Service Information |

**SUMMONS**

United Technologies Corporation – Pratt & Whitney division

To Each Defendant: See Attached Service List

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Witness this Date: 9/23/2024 3:57 PM IRIS Y. MARTINEZ

Clerk of Court

(CIRCUIT COURT OF COOK COUNTY, ILLINOIS seal)

Date of Service: ______________________
(To be inserted by officer on copy left with Defendant or Other person.)

Atty. No.: 90200
Name: COONEY & CONWAY
Attorneys for: Plaintiff(s)
Address: 120 N. LaSalle St., Suite 3000
City/State/ZIP: Chicago, IL 60602
Telephone: (312) 236-6166

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **A.W. CHESTERTON COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ABB, Inc., as Successor-In-Interest to ITE Electrical** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ADVANCED COMPOSITES, INC.** | Randall J. Philpot<br>2575 South 3270 West<br>Salt Lake City, UT 84119 |
| **AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.** | Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA 17110 |
| **AIRBUS AMERICAS, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **AIRBUS DEFENSE AND SPACE, INC.** | National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **ALLISON TRANSMISSION, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **ARMSTRONG INTERNATIONAL, INC.** | ARMSTRONG INTERNATIONAL, INC.<br>900 Maple Street<br>Three Rivers, MI 49093 |
| **AURORA PUMP COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BASF CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **BORGWARNER MORSE TEC, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BORGWARNER, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **BW/IP Inc.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **CARLISLE INDUSTRIAL BRAKE & FRICTION INC.** | Corporation Service Company<br>251 Little Falls Road<br>Wilmington, DE 19808 |
| **CARRIER CORPORATION, a Delaware Corporation** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |
| **CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **CFM INTERNATIONAL, INC.** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **COPES-VULCAN, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **CURTISS-WRIGHT CORPORATION** | C T Corporation System<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **DANA COMPANIES, LLC** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Columbus, OH 43219 |
| **DAP, INC.** | The Prentice Hall Corporation, Inc.<br>1160 Dublin Road Suite 400<br>Columbus, OH 43215 |
| **DEZURIK, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION** | C T Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 |
| **EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL** | Wilmington Trust SP Services, Inc<br>1105 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| **FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |
| **FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **FOSTER WHEELER ENERGY CORPORATION** | United Agent Group, Inc.<br>1320 Tower Road<br>Schaumburg, IL 60173 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **GARDNER DENVER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENERAL ELECTRIC COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **GENUINE PARTS CO.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL** | CT Corporation System<br>4400 Easton Commons Way Suite 125<br>Colombus, OH 43219 |
| **GOULDS PUMPS, INC.** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **GREENE, TWEED & CO.** | GREENE, TWEED & CO.<br>201 South Tryon Street, Suite 5850<br>Charlotte, NC 28202 |
| **GRINNELL, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **H.B. FULLER COMPANY (BENJAMIN FOSTER CO.)** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **H.M. ROYAL, INC.** | Corporation Service Company<br>508 Meeting Street<br>West Columbia, SC 29169 |
| **HAMILTON SUNDSTRAND CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HARCO LLC** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |
| **HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.** | C T Corporation System<br>818 W. 7th Street, Suite930<br>Los Angeles, CA 90017 |
| **HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.** | C T Corporation System<br>67 Burnside Ave.<br>East Hartford, CT 06108-3408 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **HENKEL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **HENRY PRATT COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **HEXCEL CORPORATION** | Corporation Service Company<br>50 Weston Street<br>Hartford, CT 06120 |
| **HOWDEN BUFFALO, INC.** | CT Corporation System<br>2 Office Park Court #103<br>Columbia, SC 29223 |
| **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY** | C T Corporation System<br>208 S. LaSalle Street, 17th Floor, Suite 814<br>Chicago, IL 60604 |
| **JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **KELSEY-HAYES COMPANY** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **LOCKHEED MARTIN CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY** | LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY<br>652 Oliver Street<br>Williamsport, PA 17701 |
| **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **McMASTER-CARR SUPPLY COMPANY** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **METROPOLITAN LIFE INSURANCE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **MOONEY INTERNATIONAL CORP.** | VCORP Services, LLC<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| **MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **MUELLER CO., LTD.** | C T Corporation system<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **NORTHROP GRUMMAN SYSTEMS CORPORATION** | C T Corporation System<br>208 South La Salle St., Suite #814<br>Chicago, IL 60604 |
| **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION)** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **PARKER-HANNIFIN CORPORATION** | CT Corporation<br>40600 Ann Arbor Road, Suite #201<br>Plymouth, MI 48170 |
| **PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY** | Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| **PIPER AIRCRAFT, INC.** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |
| **PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY** | Kevin Keegan<br>2926 Piper Drive<br>Vero Beach, Florida 32960 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

## Service of Summons

| | |
|---|---|
| **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **REDCO CORPORATION, f/k/a CRANE COMPANY** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **RILEY POWER, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **ROGERS CORPORATION** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SAFRAN USA, INC.** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **SAFRAN USA, INC., f/k/a SNECMA** | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.** | Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **SEMCO INSTRUMENTS, INC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.** | C T Corporation System<br>3800 North Central Avenue- Suite 460<br>Phoenix, AZ 85012 |
| **SPENCE ENGINEERING COMPANY, INC.** | Corporation Service Co.<br>80 State Street<br>Albany, NY 12207 |
| **SPIRAX SARCO, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **STERLING FLUID SYSTEMS (USA), LLC.** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **TACO, INC.** | Corporation Service Company<br>225 Asylum Street. 20th Floor<br>Hartford, CT 06103 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **TEXTRON AVIATION, INC.** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY** | The Corporation Company<br>600 S. 2nd St. Suite104<br>Springfield, IL 62704 |
| **TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY** | C T Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **THE BOEING COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE GOODYEAR TIRE AND RUBBER COMPANY** | Illinois Corporation Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| **THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY** | THE J.R. CLARKSON COMPANY, Successor-by-Merger to ANDERSON, GREENWOOD & COMPANY<br>10707 Clay Road<br>Houston, TX 77041 |
| **THE WILLIAM POWELL COMPANY** | D R Cowart<br>2503 Spring Grove Avenue<br>Cincinnati, OH 45214 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **UNION CARBIDE CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **UNIROYAL, INC.** | UNIROYAL, INC.<br>70 Great Hill Road<br>Naugatuck, CT 06770 |
| **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| **UTC AEROSPACE SYSTEMS** | CT Corporation Systems<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, v. A.W. CHESTERTON COMPANY, et al.**

**Service of Summons**

| | |
|---|---|
| **WARREN PUMPS, LLC** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |
| **ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.** | C T Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604 |

Docusign Envelope ID: 9F2586EA-27A2-4E88-BB84-46FA01D13E10
aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
:ourt Date: <<CmsHearingStart>>



FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

LRW/lt

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY;
ABB, Inc., as Successor-In-Interest to ITE Electrical;
ADVANCED COMPOSITES, INC.;
AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.;
AIRBUS AMERICAS, INC.;
AIRBUS DEFENSE AND SPACE, INC.;
ALLISON TRANSMISSION, INC.;
ARMSTRONG INTERNATIONAL, INC.;
AURORA PUMP COMPANY;
AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
BASF CORPORATION;
BORGWARNER MORSE TEC, LLC;
BORGWARNER, INC.;
BW/IP Inc.;
CARLISLE INDUSTRIAL BRAKE & FRICTION INC.;
CARRIER CORPORATION, a Delaware Corporation;
CESSNA AIRCRAFT COMPANY;
CFM INTERNATIONAL, INC.;
COPES-VULCAN, INC.;
CRANE COMPANY;
CURTISS-WRIGHT CORPORATION;
DANA COMPANIES, LLC;
DAP, INC.;
DEZURIK, INC.;
EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION;
EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.;

IN RE: ASBESTOS LITIGATION

NO:

ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.;
FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL;
FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION;
FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS;
FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY;
FMC CORPORATION;
FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENUINE PARTS CO.;
GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL;
GOULDS PUMPS, INC.;
GREENE, TWEED & CO.;
GRINNELL, LLC;
H.B. FULLER COMPANY (BENJAMIN FOSTER CO.);
H.M. ROYAL, INC.;
HAMILTON SUNDSTRAND CORPORATION;
HARCO LLC;
HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.;
HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.;
HENKEL CORPORATION;
HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION;
HENRY PRATT COMPANY;
HEXCEL CORPORATION;
HOWDEN BUFFALO, INC.;
ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.;

IMO INDUSTRIES, INC.;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS;
IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins;
ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY;
JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY;
JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC;
KELSEY-HAYES COMPANY;
LOCKHEED MARTIN CORPORATION;
LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY;
MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY;
McMASTER-CARR SUPPLY COMPANY;
METROPOLITAN LIFE INSURANCE COMPANY;
MOONEY INTERNATIONAL CORP.;
MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC;
MUELLER CO., LTD.;
NORTHROP GRUMMAN SYSTEMS CORPORATION;
OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION);
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
PARKER-HANNIFIN CORPORATION;
PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY;
PIPER AIRCRAFT, INC.;
PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY;
PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION;
REDCO CORPORATION, f/k/a CRANE COMPANY;
RILEY POWER, INC.;
ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY;
ROGERS CORPORATION;
SAFRAN USA, INC.;
SAFRAN USA, INC., f/k/a SNECMA;
SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.;
SEMCO INSTRUMENTS, INC.;
SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.;

SPENCE ENGINEERING COMPANY, INC.;
SPIRAX SARCO, INC.;
STERLING FLUID SYSTEMS (USA), LLC.;
TACO, INC.;
TEXTRON AVIATION, INC.;
TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY;
TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY;
THE BOEING COMPANY;
THE GOODYEAR TIRE AND RUBBER COMPANY;
THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY;
THE WILLIAM POWELL COMPANY;
UNION CARBIDE CORPORATION;
UNIROYAL, INC.;
UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY;
UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION;
UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION;
UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION;
UTC AEROSPACE SYSTEMS;
WARREN PUMPS, LLC;
YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION;
ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.;

Defendants.

COMPLAINT AT LAW

COUNT 1 – WRONGFUL DEATH

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent, CARL M. WERDA, was employed from 1987 to 2018 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his employment, non-occupational work projects (including, but not limited to, home and automotive repairs, maintenance and remodeling) and/or in other ways, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: ABB, Inc., as Successor-In-Interest to ITE Electrical; ADVANCED COMPOSITES, INC.; AIRBUS AMERICAS, INC.; AIRBUS DEFENSE AND SPACE, INC.; ALLISON TRANSMISSION, INC.; ARMSTRONG INTERNATIONAL, INC.; AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; BASF CORPORATION; BORGWARNER MORSE TEC, LLC; BORGWARNER, INC.; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CESSNA AIRCRAFT COMPANY; CFM INTERNATIONAL, INC.; CURTISS-WRIGHT CORPORATION; DANA COMPANIES, LLC; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; EATON CORPORATION, Individually and as

Successor-in-Interest to CUTLER HAMMER, INC.; ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FMC CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GENUINE PARTS CO.; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; H.M. ROYAL, INC.; HAMILTON SUNDSTRAND CORPORATION; HARCO LLC; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; IMO INDUSTRIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; KELSEY-HAYES COMPANY; LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; MOONEY INTERNATIONAL CORP.; MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC; NORTHROP GRUMMAN SYSTEMS CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PARKER-HANNIFIN CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; SCHNEIDER ELECTRIC USA, INC.,

formerly known as SQUARE D COMPANY, INC.; SEMCO INSTRUMENTS, INC.; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; THE BOEING COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UTC AEROSPACE SYSTEMS; ("Defendants"). (See Exhibit "A" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was foreseeable and could or should have been anticipated that persons such as CARL M. WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA might be exposed while working with the products;

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise

absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 2 – SURVIVAL ACTION

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 1 as paragraphs 4-11 of Count 2, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 3

(Exposure While Serving in the U.S. Marines)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, individually and concurrently, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |

KATHRYN WERDA - Daughter

4. The Plaintiff's Decedent, CARL M. WERDA, served in the United States Marines from 1987 to 1995 in various capacities, including Aircraft Mechanic, at various locations.

5. During the course of his service, the Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers emanating from certain products that he worked with and around which were manufactured, sold, distributed, marketed or installed by the Defendants: PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; DANA COMPANIES, LLC; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; PARKER-HANNIFIN CORPORATION; THE GOODYEAR TIRE AND RUBBER COMPANY; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; ABB, Inc., as Successor-In-Interest to ITE Electrical; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; ROGERS CORPORATION; H.M. ROYAL, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; MOONEY INTERNATIONAL CORP.; UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION; CESSNA AIRCRAFT COMPANY; TEXTRON AVIATION, INC.; TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY; PIPER AIRCRAFT, INC.; PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY; ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.; CFM INTERNATIONAL, INC.; SAFRAN USA, INC.; SAFRAN USA, INC., f/k/a SNECMA; ALLISON TRANSMISSION, INC.; UNITED

TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY; UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION; UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION; HAMILTON SUNDSTRAND CORPORATION; UTC AEROSPACE SYSTEMS; HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS; EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION; IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins; SEMCO INSTRUMENTS, INC.; HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.; HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.; HARCO LLC; ADVANCED COMPOSITES, INC.; BASF CORPORATION; HENKEL CORPORATION; HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION; HEXCEL CORPORATION; MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY; TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY; ("Defendants"). (See Exhibit "B" Attached Hereto)

6. At all times herein set forth, the Defendants' products were being used in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma, and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA in one or more of the following respects:

(a) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(b) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them;

(c) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 4

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1-12. Plaintiff adopts and re-alleges paragraphs 1-12 of Count 3 as paragraphs 1-12 of Count 4 as though fully set forth herein.

13. JILL S. WERDA is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased.

14. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 5 - WRONGFUL DEATH

(Secondary Exposure)

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of the Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to 740 ILCS 180/1-et seq.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, brings this action for use and benefit of the surviving heirs of the Decedent:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

4. The Plaintiff's Decedent was exposed to asbestos through his Father, ADAM WERDA, from 1966 to 1980 while they was employed in various capacities, including Repairman/Maintenance, at various locations.

5. The Plaintiff's Decedent, CARL M. WERDA, was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers that the Decedent's Father, ADAM WERDA, was exposed to and carried home on their clothing large amounts of asbestos fibers emanating from certain products they was working with and around that were manufactured, sold, marketed, distributed or installed by the Defendants: A.W. CHESTERTON COMPANY; ABB, Inc., as Successor-In-Interest to ITE Electrical; AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BW/IP Inc.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CARRIER CORPORATION, a Delaware Corporation; COPES-VULCAN, INC.; CRANE COMPANY; DANA COMPANIES, LLC; DAP, INC.; DEZURIK, INC.; EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.; FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL; FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION; FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP.,

Individually and as Successor-in-Interest to DURCO PUMPS; FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-in-Interest to ROCKWELL MANUFACTURING COMPANY; FMC CORPORATION; FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY; FOSTER WHEELER ENERGY CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL; GOULDS PUMPS, INC.; GREENE, TWEED & CO.; GRINNELL, LLC; H.B. FULLER COMPANY (BENJAMIN FOSTER CO.); H.M. ROYAL, INC.; HENRY PRATT COMPANY; HOWDEN BUFFALO, INC.; IMO INDUSTRIES, INC.; ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY; JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY; JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC; McMASTER-CARR SUPPLY COMPANY; MUELLER CO., LTD.; OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION); PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION; PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION; REDCO CORPORATION, f/k/a CRANE COMPANY; RILEY POWER, INC.; ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY; ROGERS CORPORATION; SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.; SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.; SPENCE ENGINEERING COMPANY, INC.; SPIRAX SARCO, INC.; STERLING FLUID SYSTEMS (USA), LLC.; TACO, INC.; THE GOODYEAR TIRE AND RUBBER COMPANY; THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY; THE WILLIAM POWELL COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION; ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.; ("Defendants"). (See Exhibit "C" attached hereto)

6. At all times herein set forth, the Defendants' products were being employed in the manner and for the purposes for which they were intended.

7. CARL M. WERDA's exposure to and inhalation, ingestion or absorption of the asbestos fibers emanating from the above-mentioned products was foreseeable and could or should have been anticipated by the Defendants.

8. The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them.

9. The Plaintiff's Decedent, CARL M. WERDA, suffered from an asbestos-related disease, including Mesothelioma and became aware of said disease on or about February 15, 2024, and, subsequently thereto, became aware that the same was wrongfully caused.

10. At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Plaintiff's Decedent and others working with and around the asbestos-containing products of the Defendants.

11. The Defendants failed to exercise ordinary care and caution for the safety of CARL M. WERDA and ADAM WERDA in one or more of the following respects:

(a) Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons such as CARL M. WERDA and ADAM WERDA working with or around them would inhale, ingest or otherwise absorb asbestos;

(b) Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling, ingesting or otherwise absorbing them;

(c) Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d) Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling, ingesting or otherwise absorbing the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling, ingesting or otherwise absorbing the asbestos fibers in them; and,

(f) Failed to conduct tests on the asbestos-containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers such as CARL M. WERDA and ADAM WERDA might be exposed while working with the products.

(g) Marketed and/or distributed a product containing asbestos fibers;

(h) Failed to provide instruction as to what appropriate apparel, if any, would be safe to wear while using and/or working in proximity to the Defendants' products;

(i) Failed to develop alternative, non-asbestos containing products in a timely manner;

(j) Failed to inform users that asbestos containing products caused asbestosis and cancer in laboratory animals and humans; and,

(k) Failed to provide safe packaging for its products.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024; CARL M. WERDA's next of kin experienced loss of society by reason of the injury and death of CARL M. WERDA; CARL M. WERDA's next of kin experienced grief, sorrow, and mental suffering by reason of the injury and death of CARL M. WERDA; that as a further result of his asbestos-induced disease and conditions, CARL M. WERDA was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of money which otherwise would have accrued to his estate; further, by reason of the death of CARL M. WERDA, his family has been deprived of his means of support and has lost the society of CARL M. WERDA; lastly, substantial sums of money were expended by CARL M. WERDA's Estate for funeral and burial.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 6 - SURVIVAL ACT

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and for her cause of action against the Defendants, states:

1. The Plaintiff is the duly appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, pursuant to an Order of Circuit Court of Cook County, Illinois.

2. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6.

3. JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, bring this action for the use and benefit of the Estate of CARL M. WERDA.

4-11. Plaintiff adopts and re-alleges paragraphs 4-11 of Count 5 as paragraphs 4-11 of Count 6, as though fully set forth herein.

12. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendants, CARL M. WERDA was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing CARL M. WERDA to develop Mesothelioma, which ultimately led to his death on April 8, 2024, CARL M. WERDA prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; CARL M. WERDA, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; CARL M. WERDA, prior to his death, experienced loss of a normal life.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendants, in an amount in excess of jurisdictional amount, plus costs.

COUNT 7

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1. CARL M. WERDA contracted Mesothelioma as a result of his exposure to asbestos.

2. Before Plaintiff's Decedent worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death.

3. Before the Decedent's Father, ADAM WERDA, worked with Defendants' products at the aforesaid jobsites, each of the Defendants knew that exposure to asbestos caused serious disease and death. The Plaintiff's Decedent, CARL M. WERDA, became exposed to said fibers by coming into contact with his Father's clothing and hair covered with asbestos dust and fibers.

4. Asbestos was present, and rendered airborne, at the aforesaid jobsites.

5. Unarco Industries, Inc., Johns-Manville Corporation, Johns-Manville Sales Corporation, Raymark Industries, Inc. (formerly Raybestos-Manhattan, Inc.), Owens Corning, Pittsburgh Corning Corporation, United States Gypsum and T & N Ltd., are corporations, and they, or their corporate predecessors, were during the time relevant to the allegations herein, in the business of manufacturing and distributing asbestos and asbestos-containing products.

6. Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is a corporation.

7. Hereafter "Conspirators" refers to each of the corporations named in paragraphs 5 through 6.

8. CARL M. WERDA was exposed to asbestos, including asbestos from one or more of the Conspirators.

9. Exposure to asbestos is a cause of serious disease and death, including asbestosis and malignancies.

10. The Mesothelioma from which CARL M. WERDA suffered is an indivisible injury which resulted from the total and cumulative effect of all the asbestos to which he was exposed.

11. Before CARL M. WERDA's exposure to asbestos, Conspirators knew that exposure to asbestos caused serious disease and death.

12. Conspirators knew that individuals exposed to asbestos were ignorant of the hazardous properties of asbestos.

13. Before and during his exposure to asbestos, CARL M. WERDA, was unaware that exposure to asbestos caused serious disease and death.

14. The knowledge of the Conspirators included the following:

(a) two or more Conspirators had been in the asbestos business for years and had directed manufacturing operations;

(b) each had actual knowledge of asbestos disease and death among workers exposed to asbestos as early as the 1940's.

15. Conspirators knew that asbestos was inherently dangerous and knew that under the decisional law of Illinois and other states, each was under a duty not to sell asbestos without providing adequate warning of its harmful qualities.

16. Conspirators had employees who were exposed to asbestos dust and each of them had a statutory, regulatory, and decisional law duty to provide their employees with a safe place to work, or at the least, to warn the employees of the hazards presented by the presence of asbestos dust.

17. Conspirators knew that if they adequately warned their own employees and other persons who were at risk of asbestos disease, the publication of such warning would cause workers to

leave the industries using asbestos and therefore reduce the sale and usage of asbestos and cause those who were exposed through household and neighborhood exposures to press for the cessation of such exposures.

18. Conspirators knowingly conspired and agreed among themselves to, among others:

(a) positively assert that which was not true, that it was safe for people to be exposed to asbestos and asbestos-containing products;

(b) suppress information about the harmful effects of asbestos causing people to be ignorant of that information.

19. One or more of the Conspirators performed the following overt acts in furtherance of the conspiracy:

(a) sold asbestos products which were used at locations within the state of Illinois, where CARL M. WERDA, ADAM WERDA worked without warning of the hazards known to the seller;

(b) refused to warn its own employees about the hazards of asbestos known to it; among the employees who were not warned were those who worked within the state of Illinois;

(c) edited and altered the reports and drafts of publications initially prepared by Dr. Lanza concerning the hazards of asbestos during the 1930's;

(d) agreed in writing not to disclose the results of research on the effects of asbestos upon health unless the results suited their interests;

(e) obtained an agreement in the 1930's from the editors of ASBESTOS, the only trade magazine devoted exclusively to asbestos, that the magazine would never publish articles on the fact that exposure to asbestos caused disease, and sustained this agreement into the 1970's;

(f) suppressed the dissemination of a report by Dr. Gardner in 1943 which was critical of the concept that there was a safe level of asbestos exposure;

(g) through their control of the Asbestos Textile Institute (ATI), defeated further study of health of workers when William Hemeon graphically demonstrated the need for such study and dissemination of information in the 1940's;

(h) edited and altered the reports and drafts of publications regarding asbestos and health initially prepared by Dr. Vorwald during 1948-1951;

(i) suppressed the results of the Fibrous Dust Studies conducted during 1966-74 by Industrial Hygiene Foundation, John-Manville, Raybestos Manhattan, Owens Corning, Pittsburgh Corning Corporation and PPG Industries, which results demonstrate and confirmed that exposure to asbestos caused cancer and asbestosis.

20. The agreement and the acts done in furtherance of the agreement, including those performed in the State of Illinois, were proximate causes of the injury, specifically Mesothelioma, and the death of CARL M. WERDA.

21. CARL M. WERDA died on April 8, 2024.

22. The next of kin of Decedent are:

Surviving Heirs

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

23. CARL M. WERDA was a person of value.

24. As a result of his death, his family and next of kin have suffered a loss of the love, affection, care, attention, comfort, guidance, protection, assistance in rearing children, money, goods, and services which he would have contributed to them had he lived.

25. JILL S. WERDA brings this action pursuant to 740 ILCS 180/2 (2005).

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

COUNT 8

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY AND CONWAY, and complaining of the Defendant, METROPOLITAN LIFE INSURANCE CO., alleges and says:

1-25. Plaintiff repeats and re-alleges paragraphs 1-25 of Count 7 as paragraphs 1-25 of Count 8 as though fully set forth herein.

26. CARL M. WERDA was ill from Mesothelioma for a period before his death.

27. Neither Decedent nor Plaintiff knew or should have known that Decedent had Mesothelioma prior to February 15, 2024.

28. Plaintiff brings this action pursuant to the Illinois Survival Act, 755 ILCS 5/27-6, for the disability, physical and mental suffering of Plaintiff's Decedent following, and as a result of, the aforesaid wrongful acts and/or omissions of each of the Defendants.

WHEREFORE, the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, demands judgment against the Defendant, METROPOLITAN LIFE INSURANCE CO., in an amount in excess of jurisdictional amount, plus costs.

Respectfully submitted,

COONEY AND CONWAY

DocuSigned by:

By: ______________________
F4A4404B45254BB...
Attorneys for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Firm I.D. No.: 90200
lweisler@cooneyconway.com

FILED
9/23/2024 3:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29314214

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "A"**
Personal Exposure of the Plaintiff's Decedent,
**CARL M. WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Western Michigan University, Kalamazoo, Michigan | 1990-1993 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Kalitta Airlines, Oscoda, Michigan<br><br>Cessna Citation Service Center, Toledo, Ohio | 1994-1995<br><br>1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Northwest Airlines<br>• Hartsfield-Jackson Atlanta International Airport, Atlanta<br>• Detroit Metropolitan Wayne Country Airport, Wayne, Michigan<br><br>USA Jet Airlines, Ypsilanti, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 1995-2003<br><br><br><br><br><br><br>2004 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**AIRBUS AMERICAS, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**AIRBUS DEFENSE AND SPACE, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Jet Care, Wayne, Michigan<br>• Detroit Metropolitan Wayne County Airport, Wayne, Michigan | 2004-2005 | Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials |
| Federal Express (a/k/a FedEx)<br>• O'Hare International Airport, Chicago, Illinois<br>• Memphis International Airport, Memphis, Tennessee<br>• Ted Stevens Anchorage International Airport, Anchorage, Alaska<br>• Eppley Airfield, Omaha, Nebraska | 2006-2018 | **AVCO CORPORATION, Individually, and as Successor-in-Interest to LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**CURTISS-WRIGHT CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS** |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials. **HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials. **IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials **LOCKHEED MARTIN CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **LYCOMING ENGINES, f/k/a LYCOMING FOUNDRY AND MACHINE COMPANY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials **MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products **MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **NORTHROP GRUMMAN SYSTEMS CORPORATION:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials **OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-in-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE BOEING COMPANY:** Asbestos containing brakes, gaskets, heat shields, fire hoses, valves, and other asbestos containing products<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Automotive Repairs to Personal, Family Members', and Friends' Vehicles | 1984-1995 | **BORGWARNER MORSE TEC, LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**BORGWARNER, INC.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**ENSTAR HOLDINGS LLC, Individually, and as Subsidiary of ENSTAR GROUP LTD.:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GENUINE PARTS CO.:** Friction Products and Other Asbestos Containing Products<br>**KELSEY-HAYES COMPANY:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC:** Asbestos Clutches, Brake Linings, Brake Shoes, Pressure Plates and Other Asbestos Containing Products and Equipment<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "B"**
Personal Exposure of the Plaintiff's Decedent while in the U.S. Marines
**CARL WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Michigan National Guard<br>• Fort Dix, New Jersey<br>• Grand Ledge Armory, Michigan<br>• Joint Base Langley-Fort Eustis, Virginia | 1987-1995 | **ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**ADVANCED COMPOSITES, INC.:** Asbestos containing Composites, Clamps, Phenolic Resins, Resins, and other Asbestos containing materials<br>**ALLISON TRANSMISSION, INC.:** Asbestos Containing Engines, Clutches, Distributor Caps, Gaskets, and Other Asbestos Containing Materials<br>**BASF CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CESSNA AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**CFM INTERNATIONAL, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**EATON AEROQUIP LLC, Individually, and as Successor-in-Interest to AEROQUIP CORPORATION:** Asbestos Containing Clamps, Fittings, Hoses, and other Asbestos containing materials<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**HARCO LLC:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCO LLC, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, dba HARCO LLC and SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HARCOSEMCO, Individually, and as Successor-in-Interest to HARCO LABORATORIES, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**HENKEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HENKEL CORPORATION, Individually, and as Successor-in-Interest to HYSOL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials.<br>**HEXCEL CORPORATION:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, Molding Powder, Packing, and other Asbestos containing materials<br>**ILLINOIS TOOL WORKS, INC., Individually, and as Successor-in-Interest to DEVCON CORP.:** Asbestos containing Composites, Epoxies, Epoxy Resins, Fiber, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Molding Powder, Packing, and other Asbestos containing materials<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to ADEL FASTENERS:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials.<br>**IMO INDUSTRIES, INC. Individually and as Successor-in-Interest to E.B. Wiggins:** Asbestos containing clamps, connectors, fasteners, hoses, and other asbestos containing materials<br>**MCCORD CORPORATION, formerly known as MCCORD GASKET COMPANY:** Asbestos Containing Gaskets, Packings, and Other Asbestos Containing Products<br>**MOONEY INTERNATIONAL CORP.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARKER-HANNIFIN CORPORATION:** Asbestos Containing Aircraft Brake Control System Units; Asbestos Containing Brake Lines and Systems, Asbestos Containing Gaskets and Packings and Other Asbestos Containing Products<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds<br>**PIPER AIRCRAFT, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PIPER AIRCRAFT, INC., Individually, and as Successor-in-Interest to TED SMITH AIRCRAFT COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Brake Blocks and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SAFRAN USA, INC.:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SAFRAN USA, INC., f/k/a SNECMA:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SEMCO INSTRUMENTS, INC.:** Asbestos containing Harnesses, Sheets, Thermocouples, Wiring, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC.:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON AVIATION, INC., Individually, and as Successor-In-Interest to CESSNA AIRCRAFT COMPANY:** : Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**TEXTRON, INC., Individually, and as Successor-in-Interest to BELL HELICOPTER COMPANY:** Asbestos containing Aircraft, Blankets, Brakes, Electrical, Engines, Clamps, Clips, Composites, Epoxies, Gaskets, Insulation, Phenolics, Resins, Wires, and other Asbestos containing materials<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **UNITED TECHNOLOGIES CORPORATION, Individually and as Successor-in-Interest to PRATT WHITNEY:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION, Individually, and as Successor-in-Interest to SUNDSTRAND CORPORATION, and as Successor-in-Interest to HAMILTON SUNDSTRAND CORPORATION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-HAMILTON SUNDSTRAND DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UNITED TECHNOLOGIES CORPORATION-PRATT & WHITNEY DIVISION:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials<br>**UTC AEROSPACE SYSTEMS:** Asbestos containing Engines, Blankets, Clips, Clamps, Epoxies, Gaskets, Phenolics, Insulation, Shields, Wire, and other Asbestos containing materials |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

**EXHIBIT "C"**
Secondary Exposure through the Decedent's Father,
**ADAM WERDA**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| Huron Portland Cement, Alpena, Michigan | 1966-1980 | **A.W. CHESTERTON COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**ABB, Inc., as Successor-In-Interest to ITE Electrical:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**AIR & LIQUID SYSTEMS CORPORATION as Successor-By-Merger to BUFFALO PUMPS, INC.:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ARMSTRONG INTERNATIONAL, INC.:** Asbestos Containing Steam Traps, Pumps, Heat Exchangers, Vessels, Valves, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**AURORA PUMP COMPANY:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**BW/IP Inc.:** Asbestos Containing Pumps, Pipe Covering, Byron Jackson Pumps, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**CARLISLE INDUSTRIAL BRAKE & FRICTION INC.:** Asbestos Containing Brake Pads, Linings, Clutches, Blocks, Friction Materials and Other Asbestos Containing Products and Equipment<br>**CARRIER CORPORATION, a Delaware Corporation:** Asbestos Containing Cooling Towers, Asbestos Pipecovering, Asbestos Transite Board, Asbestos Block, Asbestos Cement, Asbestos Gaskets, Asbestos Boilers, Packings, Spray, Board, Blankets, HVAC Equipment and Other Asbestos Containing Materials<br>**COPES-VULCAN, INC.:** Asbestos Containing Valves, Gaskets, Packing, Insulation, Block, Cement, and Other Asbestos Containing Materials<br>**CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**DANA COMPANIES, LLC:** Asbestos Containing Victor Gaskets and Asbestos Containing Gaskets<br>**DAP, INC.:** Asbestos Compounds and Other Asbestos Containing Products<br>**DEZURIK, INC.:** Asbestos Containing Valves, Gaskets, Packing, Asbestos Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**EATON CORPORATION, Individually and as Successor-in-Interest to CUTLER HAMMER, INC.:** Asbestos Containing Switches, Breakers, Panels, Bake Light, Electrical Components and Other Asbestos Containing Materials<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to FELT-PRODUCTS MANUFACTURING CO.:** Asbestos Containing Gaskets and Seals<br>**FEDERAL-MOGUL U.S. Asbestos Personal Injury Trust, as Successor to the former VELLUMOID Division of FEDERAL-MOGUL:** Asbestos Containing Gaskets<br>**FLOWSERVE US INC., as Successor-In-Interest to DURAMETALLIC CORPORATION:** Asbestos containing gaskets, packings, seals, and other asbestos containing materials<br>**FLOWSERVE US, INC. a.k.a. FLOWSERVE PUMP CORP., Individually and as Successor-in-Interest to DURCO PUMPS:** Asbestos Containing Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FLOWSERVE US, INC., a/k/a FLOWSERVE PUMP CORP., Individually, and as Successor-in-Interest to THE EDWARD VALVE AND MANUFACTURING COMPANY, and as Successor-In-Interest to ROCKWELL MANUFACTURING COMPANY:** Asbestos Containing Valves, Pumps, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION:** Asbestos Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FMC CORPORATION, Individually, and as Successor-in-Interest to CHICAGO PUMP COMPANY:** Asbestos |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Containing Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**FOSTER WHEELER ENERGY CORPORATION:** Asbestos Containing Boilers, Condensers, Mills, Ejectors, Hoggers, Pumps, Heat Exchangers, Strainers, Economizers, Evaporators, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**GARDNER DENVER, INC.:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**GENERAL ELECTRIC COMPANY:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GOULD ELECTRONICS, INC., as Successor-In-Interest to ITE ELECTRICAL:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**GOULDS PUMPS, INC.:** Asbestos Containing Pumps, Morris Pumps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**GREENE, TWEED & CO.:** Asbestos containing gaskets, packings, seals, and other asbėstos containing materials<br>**GRINNELL, LLC:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**H.B. FULLER COMPANY (BENJAMIN FOSTER CO.):** Benjamin Foster Mastics, Compounds, Cement, Thin Set Cement and Other Asbestos Containing Products<br>**H.M. ROYAL, INC.:** Asbestos containing molding compounds<br>**HENRY PRATT COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**HOWDEN BUFFALO, INC.:** Asbestos Containing Induction Draft Fans, Blowers, Forced Draft Fans, |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | Gaskets, Packing, Block, Blankets, Cement and Other Asbestos Containing Products and Equipment<br>**IMO INDUSTRIES, INC.:** Asbestos Containing Imo Pumps, DeLaval Pumps, Packings, Gaskets, Block, Turbines, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**ITT, LLC, FKA BELL & GOSSETT PUMP COMPANY:** Asbestos Containing Valves, Heat Exchangers, Pumps, Boilers, HVAC Systems, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**JOHN CRANE, INC. f/k/a CRANE PACKING COMPANY:** Asbestos Containing Packings, Seals, Gaskets and Other Asbestos Containing Products<br>**JOY GLOBAL UNDERGROUND MINING LLC F/K/A JOY TECHNOLOGIES LLC:** Asbestos Containing Compressors, Heat Exchangers, Turbines, Vessels, Pumps, Portable Joy Air Compressors, Pipe Covering, Block, Cement, Packing, Spray, Blankets, Gaskets and Other Asbestos Containing Products and Equipment<br>**McMASTER-CARR SUPPLY COMPANY:** Asbestos Containing Pipe Covering, Block, Spray, Blankets, Mastics, Cements, Gaskets, Packings and Other Asbestos Containing Products and Materials<br>**METROPOLITAN LIFE INSURANCE COMPANY:**<br>**MUELLER CO., LTD.:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**OCCIDENTAL CHEMICAL CORPORATION (DUREZ DIVISION):** Asbestos Containing Phenolic Resins, Molding Compounds, and Other Asbestos Containing Materials<br>**PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC., f/k/a CBS CORPORATION, a Delaware Corporation, f/k/a VIACOM INC., Successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC CORPORATION:** Asbestos Containing Pumps, Turbines, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Micarta Board, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**PECW HOLDING COMPANY f/k/a PLASTICS ENGINEERING COMPANY:** Asbestos Containing molding compounds |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **PNEUMO-ABEX, as Successor-in-Interest to ABEX CORPORATION:** Asbestos Brake Linings, Clutches, Brake Blocks and Other Asbestos Containing Products and Equipment<br>**REDCO CORPORATION, f/k/a CRANE COMPANY:** Cranite, Crane-Deming Pumps, Cochrane Asbestos Containing Feedwater Heaters, Deaerators, Heat Exchangers, Degasifiers, Valves, Asbestos Packings, Asbestos Cement, Asbestos Block, Asbestos Pipe Covering, Gaskets, Seals, Pumps, Boilers, Jenkins Valves, Pacific Boilers, Chapman Valves, and Other Asbestos Containing Products and Equipment<br>**RILEY POWER, INC.:** Asbestos Containing Boilers, Union Iron Works Boilers, Heat Exchangers, Pipe Covering, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment<br>**ROCKWELL AUTOMATION, as Successor-in-Interest to ALLEN BRADLEY COMPANY:** Asbestos Containing Electrical Controls, Control Panels, Limit Switches, Relays, Arc Chutes, Disconnects, Insulating Board, Insulating Block and Paper<br>**ROGERS CORPORATION:** Asbestos Containing molding compounds<br>**SCHNEIDER ELECTRIC USA, INC., formerly known as SQUARE D COMPANY, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SIEMENS INDUSTRY, INC., as successor-In-Interest to SIEMENS ENERGY & AUTOMATION, INC.:** Asbestos Cable, Wire, Electrical Boxes and Other Asbestos Containing Products and Equipment<br>**SPENCE ENGINEERING COMPANY, INC.:** Asbestos Containing Valves, Strainers, Traps Condensate Systems, Pipe Covering, Block, and Other Asbestos Containing Products and Equipment<br>**SPIRAX SARCO, INC.:** Asbestos Containing Pumps, Heat Exchangers, Vessels, Valves, Steam Traps, Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment<br>**STERLING FLUID SYSTEMS (USA), LLC.:** Asbestos Containing Pumps, Peerless Pumps, Asbestos Containing Packings, Gaskets, Block, Cement, Pipe Covering and Other Asbestos Containing Products and Equipment |

**JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased**

| Jobsite | Years | Defendant: Products |
|---|---|---|
| | | **TACO, INC.:** Asbestos Containing Tanks, Pumps, Heat Exchangers, Pipe Covering, Block, Cement, Blankets, Gaskets, Packings, Mastics and Other Asbestos Containing Products and Equipment<br>**THE GOODYEAR TIRE AND RUBBER COMPANY:** Asbestos Containing Durabla Gaskets and Packing, Asbestos Hoses and Other Asbestos Containing Products<br>**THE J.R. CLARKSON COMPANY, SUCCESSOR BY MERGER TO ANDERSON, GREENWOOD, & COMPANY:** Asbestos Containing Valves, Packings, Cement, Block, Pipe Covering, Gaskets, Seals, and Other Asbestos Containing Products and Equipment<br>**THE WILLIAM POWELL COMPANY:** Asbestos Containing Valves, Gaskets, Packing, Cement, Pipe Covering, Block and Other Asbestos Containing Products and Equipment<br>**UNION CARBIDE CORPORATION:** Asbestos Containing Bakelite, Paper, Felt, Roll, Raw Asbestos Fibers and Other Asbestos Containing Products<br>**UNIROYAL, INC.:** Asbestos Blankets, Cloth, Curtains, Paper, Felt and Other Asbestos Containing Products<br>**WARREN PUMPS, LLC:** Asbestos Containing Pumps, Packings, Gaskets, Pipe Covering, Block, Cement and Other Asbestos Containing Products and Equipment<br>**YORK INTERNATIONAL CORPORATION, as Successor-in-Interest to YORK CORPORATION:** York Cooling Towers, Compressors, Chillers, Asbestos Containing Block, Pipe Covering, Cement, Transite Board, Gaskets, Packing, Blankets and Other Asbestos Containing Products and Equipment<br>**ZURN INDUSTRIES, LLC, f/k/a ZURN INDUSTRIES, INC.:** Asbestos Containing Boilers, Erie Boilers, Keystone Boilers, Pumps, Steam Traps, HVAC Systems, Tanks, Asbestos Pipe Covering, Compressors, Block, Cement, Gaskets, Packings, Spray, Board, Blankets and Other Asbestos Containing Products and Equipment |

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**NOTICE OF ROUTINE MOTION**

TO: See Attached Service List.

On **September 20, 2024,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, I shall electronically submit the attached: **Plaintiff's Routine Motion to Appoint Special Administrator** to the Honorable Judge Patrick J. Sherlock, via email address at **asbestos@cookcountyil.gov**

DocuSigned by:
By: ____________________
F4A4404B45254BB...
Attorney for Plaintiff

**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200

LRW/lt

Firm I.D. No: 90200

FILED
9/25/2024 8:45 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L010541
Calendar, J1
29510731

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | IN RE: ASBESTOS LITIGATION<br><br>NO: |

**ROUTINE MOTION TO APPOINT SPECIAL ADMINISTRATOR**

NOW COMES the Plaintiff, JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased, by and through her attorneys, COONEY and CONWAY, and moves this Honorable Court for an Order appointing JILL S. WERDA, pursuant to Section 2.1 of the Wrongful Death Act (740 ILCS 180/2.1) and the Survival Act of Illinois (755 ILCS/5/27-6), and in support thereof, states as follows:

1. The Plaintiff's Decedent, CARL M. WERDA, died on April 8, 2024.

2. The sole asset of CARL M. WERDA's estate is a cause of action.

3. No petition for letters of office has been filed for his estate.

4. JILL S. WERDA is qualified to serve as Special Administrator in the action under the laws of the State of Illinois.

5. At his death, CARL M. WERDA left the following heirs:

| | | |
|---|---|---|
| JILL S. WERDA | - | Wife |
| ALEXANDER WERDA | - | Son |
| MAREK WERDA | - | Son |
| SCOTT WERDA | - | Son |
| KATHRYN WERDA | - | Daughter |

6. Pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of the CARL M. WERDA's heirs and/or legatees.

WHEREFORE, Plaintiff prays for the entry of an Order appointing JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased.

Respectfully Submitted,

COONEY AND CONWAY

DocuSigned by:

By: ____________________
F4A4404B45254BB...
Attorney for Plaintiff

Lawrence Weisler
**COONEY AND CONWAY**
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200
lweisler@cooneyconway.com

LRW/lt

Firm I.D. No: 90200

STATE OF ILLINOIS )
) §
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JILL S. WERDA, Special Administrator of the Estate of CARL M. WERDA, Deceased,

Plaintiff,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

IN RE: ASBESTOS LITIGATION

NO:

**ORDER**

THIS CAUSE coming on before the Court on a Motion to appoint Special Administrator of the Estate of CARL M. WERDA, Deceased, and it being represented that JILL S. WERDA is legally competent to act as Administrator as required by 755 ILCS 5/9-1 of the Illinois Compiled Statutes; pursuant to rule, Plaintiff's counsel has provided notice to the last known address of each of CARL M. WERDA's heirs and/or legatees;

IT IS HEREBY ORDERED that JILL S. WERDA is appointed Special Administrator of the Estate of CARL M. WERDA, Deceased, for the purpose of prosecuting this cause of action, pursuant to Section 2.1 of the Wrongful Death Act, 740 ILCS 180/2 (2006).

ENTER:

Judge Patrick J. Sherlock
SEP 20 2024
Circuit Court - 1942

JUDGE

COONEY AND CONWAY
Attorneys for Plaintiff
120 North LaSalle St., 30th Floor
Chicago, IL 60602
(312) 236-6166
Firm ID No.: 90200